Amanda Metcalf  CASBN 57177
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, CA. 94901
Tel: 415-454-0945
Fax: 415-454-9145
Email: Metcalflawfirm@aol.com
Attorneys for Plaintiffs
Christina Windsor and Scottlan Windsor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT

CHRISTINA WINDSOR, et al.,

          Plaintiff(s),

v.

MARIN COUNTY OFFICE OF EDUCATION.
Et al.,

          Defendant(s).
_____/

Case No. C 07 2897 (EMC)

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 24, 2007-08-24

                                                    LAW OFFICES OF AMANDA METCALF

                                                    *Amanda Metcalf*_____
                                                    Amanda Metcalf
                                                    Attorneys for Plaintiffs Christina Windsor
                                                    and Scottlan Windsor