1  Amanda Metcalf  CASBN 57177
   Law Offices of Amanda Metcalf
2  29 Marin Bay Park Court
   San Rafael, CA. 94901
3  Tel: 415-454-0945
4  Fax: 415-454-9145
   Email: Metcalflawfirm@aol.com
5  Attorneys for Plaintiffs
   Christina Windsor and Scottlan Windsor
6

7                       UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN FRANCISCO DISTRICT
10

11
   CHRISTINA WINDSOR, et al.,
12                                                Case No. C 07 2897 (EMC)
              Plaintiff(s),
13  v.
                                                  PROOF OF SERVICE OF SUMMONS
14  MARIN COUNTY OFFICE OF                        AND COMPLAINT
    EDUCATION, et al.,
15
16            Defendant(s).
                                            /
17
           I, Amanda Metcalf, the undersigned hereby declare:
18
           I am over eighteen years of age and not a party to the above action. My business address is
19
20 9 Marin Bay Park Court, San Rafael, California, 94901.

21         I served a true copy of the:

22  **SUMMONS AND COMPLAINT AND ECF REGISTRATION INFORMATION
    HANDOUT in this action:**
23

24 on the defendants named below, by personal service on the dates indicated:

25    Marin County Office of Education (MCOE)
      1111 Las Gallinas Avenue
26    San Rafael, California 94903
27    Person Served:  Sandy Crippen……August 21, 2007

28

---

Windsor v. MCOE, et al; Proof of Service                                                          1
Case No. C 07 2897 (EMC)

| | |
|---|---|
| 1 | Mary Jane Burke |
|  | In her Official Capacity as Superintendent of the MCOE |
| 2 | 1111 Las Gallinas Avenue |
|  | San Rafael, California 94903 |
| 3 | Person Served:  Sandy Crippen……August 22, 2007 |
| 4 | |
|  | Mary Otto, in her Individual Capacity and, |
| 5 | In her Official Capacity as Credentials Specialist with MCOE |
|  | 1111 Las Gallinas Avenue |
| 6 | San Rafael, California 94903 |
|  | Person Served:  Sandy Crippen……August 22, 2007 |
| 7 | |
| 8 | Marin county Board of Education |
|  | 1111 Las Gallinas Avenue |
| 9 | San Rafael, California 94903 |
|  | Person Served:  Sandy Crippen……August 22, 2007 |
| 10 | |
| 11 | Sausalito Marin City School District |
|  | 630 Nevada St |
| 12 | Sausalito, CA 94965 |
|  | Person Served:  Kathleen Blazei …..August 22, 2007 |
| 13 | |
|  | Sausalito Marin City School District Board of Trustees |
| 14 | 630 Nevada St |
|  | Sausalito, CA 94965 |
| 15 | Person Served:  Kathleen Blazei …..August 22, 2007 |
| 16 | |
|  | Shirley Thornton |
| 17 | In her Individual Capacity and in her Official Capacity as School District Trustee |
|  | 630 Nevada St |
| 18 | Sausalito, CA 94965 |
|  | Person Served:  Kathleen Blazei …..August 22, 2007 |
| 19 | |
| 20 | Stephen Fraser |
|  | In his Individual Capacity and in his Official Capacity as former School District Trustee |
| 21 | 630 Nevada St |
|  | Sausalito, CA 94965 |
| 22 | Person Served:  Kathleen Blazei …..August 22, 2007 |
| 23 | |
|  | Bruce Huff |
| 24 | In his Individual Capacity and in his Official Capacity as former School District Trustee |
|  | 630 Nevada St |
| 25 | Sausalito, CA 94965 |
|  | Person Served:  Kathleen Blazei …..August 22, 2007 |
| 26 | |
| 27 | Ronnie Jones |
|  | In his Individual Capacity and in his Official Capacity as former School District Trustee |
| 28 | 630 Nevada St |

2

Windsor v. MCOE, et al; Proof of Service
Case No. C 07 2897 (EMC)

1  Sausalito, CA 94965
   Person Served:  Kathleen Blazei …..August 22, 2007

   Rose Roberson
   In her Individual Capacity and in her Official Capacity as former School District
   Superintendent
   630 Nevada St
   Sausalito, CA 94965
   Person Served:  Kathleen Blazei …..August 22, 2007


   I declare under penalty, under the laws of the United States and of the State of California, that the foregoing is true and correct.

   Executed on August 24, 2007 at San Rafael, California.


              *Amanda Metcalf*
              Amanda Metcalf

3

Windsor v. MCOE, et al; Proof of Service
Case No. C 07 2897 (EMC)