UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, et al., | No. C07-2897 EMC |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| MARY JANE BURKE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for September 12, 2007 at 1:30 p.m. has been rescheduled to **October 24, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.   A Joint Case Management Conference Statement shall be filed by October 17, 2007. Plaintiffs are directed to serve defendants with this notice.

Dated:  August 27, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
      Betty Fong
      Courtroom Deputy