Dennis J. Walsh, Esq., State Bar No. 106646
WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number: (818) 986-1776
Facsimile Number: (818) 382-2071

Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, <br><br> Plaintiff, <br><br> vs. <br><br> MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING, <br><br> Defendants. | CASE NO: C 07 2897 (EMC) <br><br> DECLARATION OF KATHLEEN BLAZEI IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT |

---

1

DECLARATION OF KATHLEEN BLAZEI IN SUPPORT OF MOTION TO QUASH SERVICE OF
SUMMONS AND COMPLAINT
CASE NO: C 07 2897 (EMC)

I, Kathleen Blazei, do hereby declare:

1. I am over the age of 18 and a resident of the State of California. I make this declaration in support of the Motion to Quash Service of Summons and Complaint.

2. I am currently employed as the secretary to the Superintendent of the Sausalito Marin City School District, Dr. Debra Bradley. As such, I am an employee of the Sausalito Marin City School District. I am responsible for the day to day administrative duties in support of the Superintendent. I am not the secretary of the District.

3. I have never received authorization to accept any legal papers on behalf of the Sausalito Marin City School District.

4. I have never received authorization to accept service of process on behalf of the individual School District Trustees. Additionally, I do not share an office with any of the School District Trustees.

5. The legal papers I received in this matter were handed to me in an unmarked envelope after I informed the party serving them that the Superintendent was not presently in the office.

6. I was not aware that the envelope I received contained any legal papers.

7. I was never asked by the server whether or not I was authorized to receive service of process for the Sausalito Marin City School District or the School District Trustees.

/////
/////
/////
/////
/////

2

DECLARATION OF KATHLEEN BLAZEI IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT
CASE NO: C 07 2897 (EMC)

8. Exhibit "B" is a true and correct copy of the Roster of Public Agencies which I filed with the Secretary of State in accordance with my duties as secretary to the Superintendent. This document identifies persons that can be properly served in person or by mail with legal papers on behalf of the District.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of September, 2007, at _____, California.

_____
Declarant, Kathleen Blazei

# EXHIBIT B




STATEMENT OF FACTS
ROSTER OF PUBLIC AGENCIES FILING

Within 10 days after any change in the below stated facts, an amended statement must be filed with the Secretary of State and the County Clerk (Government Code Section 53051).

**PLEASE TYPE OR PRINT**

1. LEGAL NAME OF PUBLIC AGENCY  Sausalito Marin City School District

   MICHAEL F. SMITH
   MARIN COUNTY CLERK
   By L. Whitney, Deputy

   FILED JAN 09 2007

2. OFFICIAL MAILING ADDRESS OF PUBLIC AGENCY  630 Nevada Street
   Street address

   Sausalito      Marin       94965                              415-332-3190
   city           county       zip    p.o. box(if applicable)    telephone no.

3. NUMBER OF MEETINGS HELD PER MONTH  1
4. AMOUNT PAID TO EACH DIRECTOR PER MEETING  0

| NAME AND ADDRESS (please print or type) | | DATE OF ELECTION OR APPOINTMENT MTH/DAY/YR | DATE TERM EXPIRES OR RESIGNATION MTH/DAY/YR |
|---|---|---|---|
| (a) Whitney Hoyt — Name (Pres./Chair) | 415-331-1269 telephone | 11/06/06 | 12/__/10 |
| 332 Donahue — Street Address and/or box # | Marin City — City | | 94965 Zip |
| (b) Shirley Thornton, Ed. D. — Name (Sec/Clerk) | 415-332-2732 telephone | 11/06/06 | 12/__/10 |
| 6 Burgess Court — Street Address and/or box # | Marin City — City | | 94965 Zip |
| (c) Mark Trotter — Name (Member) | 415-339-0552 telephone | 11/06/06 | 12/__/10 |
| 23 Main Dock — Street Address and/or box # | Sausalito — City | | 94965 Zip |
| (d) Elizabeth Todd-Gallardo — Name (Member) | 415-331-8152 telephone | 11/06/06 | 12/__/08 |
| 210 Bonita Street — Street Address and/or box # | Sausalito — City | | 94965 Zip |
| (e) Thomas Clark — Name (Member) | 415-331-3126 telephone | 11/02/04 | 12/__/08 |
| 57 Lincoln Drive — Street Address and/or box # | Sausalito — City | | 94965 Zip |
| (f) _____ Name (Member) | _____ telephone | __/__/__ | __/__/__ |
| _____ Street Address and/or box # | _____ City | | _____ Zip |

<<<<<See Reverse for more member information>>>>>

2

## STATEMENT OF FACTS
### ROSTER OF PUBLIC AGENCIES FILING

| | | DATE OF ELECTION OR APPOINTMENT | DATE TERM EXPIRES OR RESIGNATION |
|---|---|---|---|

(g) _____  _____  __/__/__   __/__/__
     Name (Member)                 telephone

_____
  Street Address and/or box #                    City              Zip

(h) _____  _____  __/__/__   __/__/__
     Name (Member)                 telephone

_____
  Street Address and/or box #                    City              Zip

(i) _____  _____  __/__/__   __/__/__
     Name (Member)                 telephone

_____
  Street Address and/or box #                    City              Zip

(j) _____  _____  __/__/__   __/__/__
     Name (Member)                 telephone

_____
  Street Address and/or box #                    City              Zip

### RESIGNATIONS SINCE LAST REPORT           REPLACEMENTS

_____        _____
Name (please print or type)           Person appointed or elected to fill vacancy

__/__/__                              __/__/__
Effective date of resignation         Effective date of appointment

_____        _____
Name (please print or type)           Person appointed or elected to fill vacancy

__/__/__                              __/__/__
Effective date of resignation         Effective date of appointment

_____        _____
Name (please print or type)           Person appointed or elected to fill vacancy

__/__/__                              __/__/__
Effective date of resignation         Effective date of appointment

I attest the above information is true and correct.

BY _[signature]_____         DATE 12/8/04

     Name (signature)

Kathleen D. Blazei                              Secretary to the Superintendent
Name (print or type)                            Title

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)§
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

    On **September 11, 2007**, I served the described **DECLARATION OF KATHLEEN GLAZEI IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number: (415) 454-0145
Counsel for Plaintiffs, Christina Windsor and Scottlan Windsor

    (BY UNITED STATES POSTAL SERVICE). I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

xxx   (NEXT BUSINESS DAY). I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

xxx   (ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx   (FEDERAL). I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on September 11, 2007, at Encino, California.

_____
Cheryl C. Crowley

4
DECLARATION OF KATHLEEN BLAZEI IN SUPPORT OF MOTION TO QUASH SERVICE OF
SUMMONS AND COMPLAINT
CASE NO: C 07 2897 (EMC)