Dennis J. Walsh, Esq., State Bar No. 106646
WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number: (818) 986-1776
Facsimile Number: (818) 382-2071

Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor,<br><br>Plaintiffs,<br><br>vs.<br><br>MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING; DOES 1 through 25, inclusive.<br><br>Defendants. | CASE NO: C 07 2897 (EMC)<br><br>DECLARATION OF SUSAN SPAIN IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT |

1
DECLARATION OF SUSAN SPAIN IN SUPPORT OF MOTION TO QUASH SERVICE OF
SUMMONS AND COMPLAINT
CASE NO: C 07 2897 (EMC)

I, Susan Spain, do hereby declare:

1. I am over the age of 18 and a resident of the State of California. I make this declaration in support of the Motion to Quash Service of Summons and Complaint.

2. I am currently the Deputy Superintendent of Schools, for Marin County. I am an employee of the County Superintendent of Schools, which is sometimes referred to as the Marin County Office of Education ("MCOE"). I am responsible for running the day to day operations of the Office and I responsible for all personnel of the Office.

3. Sandy Crippen is one of our employees. She is a receptionist at the front desk. Her job duties include answering the phone, greeting people who come into the office and need assistance, and contacting persons who have someone waiting to meet with them.

4. She is not authorized to accept any legal papers on behalf of myself, MCOE or any individuals employed by MCOE.

5. She has been directed to advise my office if there is anyone at the reception area who is attempting to serve any legal papers.

6. At no time, did she ever advise me that she was being given legal papers by anyone regarding the case.

7. The papers we did receive were in unmarked envelopes and she was not asked who was authorized to accept service of any legal papers.

8. I spoke to her and she advised me that she was not aware that the envelopes she received contained any legal papers.

/////
/////
/////
/////
/////

2
DECLARATION OF SUSAN SPAIN IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT
CASE NO: C 07 2897 (EMC)

9. Exhibit "A" is a true and correct copy of the Roster of Public Agencies which we file with the Secretary of State which identify persons that can be properly served in person or by mail with legal papers on behalf of MCOE.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of September, 2007, at ___San Rafael___, California.

Declarant, SUSAN SPAIN

---

DECLARATION OF SUSAN SPAIN IN SUPPORT OF MOTION TO QUASH SERVICE OF
SUMMONS AND COMPLAINT
CASE NO: C 07 2897 (EMC)

# EXHIBIT A



# State of California
## Secretary of State

(Office Use Only)

## STATEMENT OF FACTS
## ROSTER OF PUBLIC AGENCIES FILING
(Government Code Section 53051)

Instructions:

1. Complete and mail to: Secretary of State, P.O. Box 942877, Sacramento, CA 94277-0001 (916) 653-3984.

2. A street address must be given as the official mailing address or as the address of the presiding officer.

3. Complete addresses as required.

4. If you need additional space, please include information on an 8½ X 11 page.

New Filing [ ]     Update [X]

Legal name of Public Agency: __Marin County Board of Education__

Nature of Update: __Annual Board Reorganization and Election of Officers__

County: __Marin__

Official Mailing Address: __P.O. Box 4925, 1111 Las Gallinas Avenue, San Rafael, CA 94913__

Name and Address of each member of the governing board:

Chairman, President or other Presiding Officer (Indicate Title): __President__
Name: __Patricia A. Warren__   Address: __618 Trumbull Road, Novato, CA 94947__

Secretary or Clerk (Indicate Title): __Secretary__
Name: __Mary Jane Burke__   Address: __P.O. Box 4925, San Rafael, CA 94913__

Members: __David M. Hellman, Vice President__    411 Forbes Avenue, San Rafael, CA 94901
Name: __Terrel J. Mason__    Address: 18 Bracken Court, San Rafael, CA 94901
Name: __Byron W. Mauzy__    Address: 21 Turnagain Rd., Kentfield, CA 94904
Name: __Marilyn L. Nemzer__    Address: 664 Hilary Drive, Tiburon, CA 94920
Name: __Curtis F. Robinson, M.D.__    Address: 309 N. Ferndale, Mill Valley, CA 94941
Name: __Clairette C. Wilson__    Address: 1570 Tomales Road, Petaluma, CA 94952

Date: [signature]    12-14-06

Signature
MARY JANE BURKE
Marin County Superintendent of Schools
Typed Name and Title

SEC/STATE NP/SF 405 (REV. 03/2005)



## STATEMENT OF FACTS
## ROSTER OF PUBLIC AGENCIES FILING

Within 10 days after any change in the below stated facts, an amended statement must be filed with the Secretary of State and the Marin County Clerk (Government Code Section 53051).

**PLEASE TYPE OR PRINT**

LEGAL NAME OF PUBLIC AGENCY __Marin County Board of Education__

OFFICIAL MAILING ADDRESS OF PUBLIC AGENCY __1111 Las Gallinas Avenue__
                                              Street address

| San Rafael | Marin | 94903 | P.O. Box 4925 | 415/499-5801 |
|---|---|---|---|---|
| city | county | zip | p.o. box (if applicable) | telephone no. |

NUMBER OF MEETINGS HELD PER MONTH __one regular and special meetings as needed__

AMOUNT PAID TO EACH DIRECTOR PER MEETING __$200/month__

| NAME AND ADDRESS (please print or type) | | DATE OF ELECTION OR APPOINTMENT MTH/DAY/YR | DATE TERM EXPIRES OR RESIGNATION MTH/DAY/YR |
|---|---|---|---|
| a) Patricia A. Warren, President<br>Name (Pres./Chair) | 415/892-9461<br>telephone | 11/ 4 / 03 | 12 / / 07 |
| 618 Trumbull Road<br>Street Address and/or box # | Novato<br>City | | 94947<br>Zip |
| b) David M. Hellman, Vice Pres.<br>Name (Sec/Clerk) | 415/457-4411<br>telephone | 11/ 8 / 05 | 12 / / 09 |
| 411 Forbes Avenue<br>Street Address and/or box # | San Rafael<br>City | | 94901<br>Zip |
| c) Terrel J. Mason<br>Name (Member) | 415/459-0998<br>telephone | 11/ 4 / 03 | 12 / / 07 |
| 18 Bracken Court<br>Street Address and/or box # | San Rafael<br>City | | 94901<br>Zip |
| d) Byron W. Mauzy<br>Name (Member) | 415/461-5595<br>telephone | Appointed<br>11/ 8 / 05 | 12 / / 07 |
| 21 Turnagain Road<br>Street Address and/or box # | Kentfield<br>City | | 94904<br>Zip |
| e) Marilyn L. Nemzer<br>Name (Member) | 415/435-4574<br>telephone | 11/ 8 / 05 | 12 / / 09 |
| 664 Hilary Drive<br>Street Address and/or box # | Tiburon<br>City | | 94920<br>Zip |
| f) Curtis F. Robinson, M.D.<br>Name (Member) | 415/388-0583<br>telephone | 11/ 8/ 05 | 12 / / 09 |
| 309 N. Ferndale<br>Street Address and/or box # | Mill Valley<br>City | | 94941<br>Zip |

<<<<<See Reverse for more member information>>>>>


|  |  | DATE OF ELECTION OR APPOINTMENT | DATE TERM EXPIRES OR RESIGNATION |
|---|---|---|---|
| (g) Clairette C. Wilson<br>Name (Member) | 707/762-3642<br>telephone | 11/ 4 / 03 | 12/ ___ / 07 |
| 1570 Tomales Road<br>Street Address and/or box # | Petaluma<br>City |  | 94952<br>Zip |
| (h) ___<br>Name (Member) | ___<br>telephone | __/__/__ | __/__/__ |
| ___<br>Street Address and/or box # | ___<br>City |  | ___<br>Zip |
| (i) ___<br>Name (Member) | ___<br>telephone | __/__/__ | __/__/__ |
| ___<br>Street Address and/or box # | ___<br>City |  | ___<br>Zip |
| (j) ___<br>Name (Member) | ___<br>telephone | __/__/__ | __/__/__ |
| ___<br>Street Address and/or box # | ___<br>City |  | ___<br>Zip |

RESIGNATIONS SINCE LAST REPORT

___
Name (please print or type)

__/__/__
Effective date of resignation

___
Name (please print or type)

__/__/__
Effective date of resignation

___
Name (please print or type)

__/__/__
Effective date of resignation

REPLACEMENTS

___
Person appointed or elected to fill vacancy

__/__/__
Effective date of appointment

___
Person appointed or elected to fill vacancy

__/__/__
Effective date of appointment

___
Person appointed or elected to fill vacancy

__/__/__
Effective date of appointment

I attest the above information is true and correct.

BY _[signature]_   DATE 12/14/06
Name (signature)

MARY JANE BURKE                Marin County Superintendent of Schools
Name (print or type)                           Title



# State of California
## Secretary of State

(Office Use Only)

## STATEMENT OF FACTS
## ROSTER OF PUBLIC AGENCIES FILING
(Government Code Section 53051)

Instructions:

1. Complete and mail to: Secretary of State, P.O. Box 942877, Sacramento, CA 94277-0001 (916) 653-3984

2. A street address must be given as the official mailing address or as the address of the presiding officer.

3. Complete addresses as required.

4. If you need additional space, please include information on an 8½ X 11 page.

New Filing [ ]    Update [X]

Legal name of Public Agency: __Marin County Board of Education__

Nature of Update: __Annual Board Reorganization and Election of Officers__

County: __Marin__

Official Mailing Address: __P.O. Box 4925, 1111 Las Gallinas Avenue, San Rafael, CA 94913__

Name and Address of each member of the governing board:

Chairman, President or other Presiding Officer, (Indicate Title): __President__
Name: __Patricia A. Warren__   Address: __618 Trumbull Road, Novato, CA 94947__

Secretary or Clerk (Indicate Title): __Secretary__
Name: __Mary Jane Burke__   Address: __P.O. Box 4925, San Rafael, CA 94913__

Members: __David M. Hellman, Vice President__   __411 Forbes Avenue, San Rafael, CA 94901__
Name: __Terrel J. Mason__   Address: __18 Bracken Court, San Rafael, CA 94901__
Name: __Byron W. Mauzy__   Address: __21 Turnagain Rd., Kentfield, CA 94904__
Name: __Marilyn L. Nemzer__   Address: __664 Hilary Drive, Tiburon, CA 94920__
Name: __Curtis F. Robinson, M.D.__   Address: __309 N. Ferndale, Mill Valley, CA 94941__
Name: __Clairette C. Wilson__   Address: __1570 Tomales Road, Petaluma, CA 94952__

Date: __3/25/07__

Signature: *[signed]*
MARY JANE BURKE
Marin County Superintendent of Schools
Typed Name and Title

SEC/STATE NP/SF 405 (REV. 05/2005)

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       )§
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **September 11, 2007**, I served the described **DECLARATION OF SUSAN SPAIN IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number: (415) 454-0145
Counsel for Plaintiffs, Christina Windsor
and Scottlan Windsor

    (BY UNITED STATES POSTAL SERVICE). I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

xxx  (NEXT BUSINESS DAY). I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

xxx  (ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx  (FEDERAL). I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on September 11, 2007, at Encino, California.

*/s/ Cheryl C. Crowley*
Cheryl C. Crowley

---
4
DECLARATION OF SUSAN SPAIN IN SUPPORT OF MOTION TO QUASH SERVICE OF
SUMMONS AND COMPLAINT
CASE NO: C 07 2897 (EMC)