Dennis J. Walsh, Esq., State Bar No. 106646
WALSH & ASSOCIATES, APC
Attorneys at Law
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number:  (818) 986-1776
Facsimile Number:   (818) 382-2071

Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY
OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY
BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the
SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY
THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor<br><br>                    Plaintiff,<br><br>          vs.<br><br>MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING<br><br>                    Defendants. | CASE NO: C07 2897 (EMC)<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT; DECLARATION OF DENNIS J. WALSH IN SUPPORT THEREOF<br><br>DATE:          October 22, 2007<br>TIME:          10:30 a.m.<br>COURTROOM:   C |

TO THE HONORABLE  EDWARD M. CHEN AND TO ALL INTERESTED PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendants MARIN COUNTY OFFICE OF EDUCATION ("MCOE"), MARY JANE BURKE, MARY OTTO, MARIN COUNTY BOARD OF EDUCATION, SAUSALITO MARIN CITY SCHOOL DISTRICT, SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THORNTON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES and ROSE ROBERSON (collectively "defendants") hereby request that the Court take Judicial Notice of the following documents:

1.    Marin County Board of Education's Statement of Facts of Roster of Public Agencies filing. (Exhibit "A")

2.    Sausalito Marin City School District's Statement of Facts of Roster of Public Agencies filing. (Exhibit "B")

This motion is based upon this notice and *Federal Rules of Evidence* 201, the attached memorandum of points and authorities, the Declaration of Dennis J. Walsh, Esq., and the papers and pleadings on file in this action, together with any other oral and documentary evidence as may be presented at the hearing.

DATED:    September 11, 2007          Respectfully submitted,

WALSH & ASSOCIATES, APC

By:    _Dennis J. Walsh_

DENNIS J. WALSH, ESQ.
Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT - C07 2897 (EMC)

# MEMORANDUM OF POINTS AND AUTHORITIES

*Federal Rules of Evidence Rule* 201 states the following:

**"(a) Scope of rule.** This rule governs only judicial notice of adjudicative facts.

(b) **Kinds of facts.** *A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.*

(c) **When discretionary.** A court may take judicial notice, whether requested or not.

(d) **When mandatory.** *A court shall take judicial notice if requested by a party and supplied with the necessary information.*

(e) **Opportunity to be heard.** A party is entitled upon timely request to an opportunity to be heard as to the propriety of taking judicial notice and the tenor of the matter noticed. In the absence of prior notification, the request may be made after judicial notice has been taken.

(f) **Time of taking notice.** *Judicial notice may be taken at any stage of the proceeding.*

(g) **Instructing jury.** In a civil action or proceeding, the court shall instruct the jury to accept as conclusive any fact judicially noticed. In a criminal case, the court shall instruct the jury that it may, but is not required to, accept as conclusive any fact judicially noticed." (Emphasis added.)

Furthermore, "A court may take judicial notice of 'matters of public record' without converting a motion to dismiss into a motion for summary judgment." *Lee v. City of Los Angeles* (9th Cir. 2001) 250 F.3d 668, 689 (citing *MGIC Indem. Corp. v. Weisman*, (9th Cir.1986). 803 F.2d 500, 504.)

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT - C07 2897 (EMC)

## I.    THE DOCUMENTS PROPOSED FOR JUDICIAL NOTICE ARE SUBJECT TO *FEDERAL RULES OF EVIDENCE* 201

The following documents are subject to judicial notice by this Court based on the statutory authority cited above:

1.    Marin County Board of Education's Statement of Facts of Roster of Public Agencies filing. (Exhibit "A")

2.    Sausalito Marin City School District's Statement of Facts of Roster of Public Agencies filing. (Exhibit "B")

Based on the foregoing, defendants request that this Court take judicial notice of the above-referenced documents in support of their Motion To Quash Service of Summons and Complaint.

Dated:    September 11, 2007            WALSH & ASSOCIATES, APC

By:    *Dennis J. Walsh*
DENNIS J. WALSH, ESQ.
Attorney for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

## **DECLARATION OF DENNIS J. WALSH IN SUPPORT FOR DEFENDANT'S REQUEST FOR JUDICIAL NOTICE MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT**

I, Dennis J. Walsh, do hereby declare:

1.      I am over the age of eighteen (18) and a resident of the State of California.  I make this declaration in support of defendants

2.      I am an attorney at law, and principal at Walsh & Associates,  APC, and am licensed to practice before this Court, and am counsel and attorney or record for defendants SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON.

3.      As a handling attorney on this case and upon review of the records in the file, I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to the same.

4.      Attached as **Exhibit "A"** to this declaration is a true and correct copy of the March 25, 2007, Roster of Public Agencies which the Marin County of Board of Education files with the Secretary of State which identify persons that can be properly served in person or by mail with legal papers on its behalf.

5.      Attached as **Exhibit "B"** to this declaration is a true and correct copy of the December 8, 2006, Roster of Public Agencies which the Sausalito Marin City School District files with the Secretary of State which identify persons that can be properly served in person or by mail with legal papers on its behalf.

/////

/////

/////

6.     Both of the exhibits attached hereto are part of the public record.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Declarant, DENNIS J. WALSH

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT - C07 2897 (EMC)

# EXHIBIT A



# State of California
## Secretary of State

## STATEMENT OF FACTS
## ROSTER OF PUBLIC AGENCIES FILING
### (Government Code Section 53051)

(Office Use Only)

Instructions:

1. Complete and mail to:  Secretary of State,
   P.O. Box 942877, Sacramento, CA 94277-0001  (916) 653-3984

2. A street address must be given as the official mailing address or as
   the address of the presiding officer.

3. Complete addresses as required.

4. If you need additional space, please include information on an 8½ X 11 page.

New Filing ☐     Update ☒

Legal name of Public Agency: __Marin County Board of Education__

Nature of Update: __Annual Board Reorganization and Election of Officers__

County: __Marin__

Official Mailing Address: __P.O. Box 4925, 1111 Las Gallinas Avenue, San Rafael, CA 94913__

Name and Address of each member of the governing board:

Chairman, President or other Presiding Officer (Indicate Title): __President__

Name: __Patricia A. Warren__    Address: __618 Trumbull Road, Novato, CA 94947__

Secretary or Clerk (Indicate Title): __Secretary__

Name: __Mary Jane Burke__    Address: __P.O. Box 4925, San Rafael, CA 94913__

Members: __David M. Hellman, Vice President__    __411 Forbes Avenue, San Rafael, CA 94901__
Name: __Terrel J. Mason__    Address: __18 Bracken Court, San Rafael, CA 94901__
Name: __Byron W. Mauzy__    Address: __21 Turnagain Rd., Kentfield, CA 94904__
Name: __Marilyn L. Nemzer__    Address: __664 Hilary Drive, Tiburon, CA 94920__
Name: __Curtis F. Robinson, M.D.__    Address: __309 N. Ferndale, Mill Valley, CA 94941__
Name: __Clairette C. Wilson__    Address: __1570 Tomales Road, Petaluma, CA 94952__

Date: __3/25/07__

Signature

MARY JANE BURKE
Marin County Superintendent of Schools
Typed Name and Title

GEO/STATE NP/SF 405 (REV. 03/2005)



# State of California
## Secretary of State

(Office Use Only)

## STATEMENT OF FACTS
## ROSTER OF PUBLIC AGENCIES FILING
### (Government Code Section 53051)

Instructions:

1. Complete and mail to: Secretary of State,
   P.O. Box 942877, Sacramento, CA 94277-0001 (916) 653-3984

2. A street address must be given as the official mailing address or as
   the address of the presiding officer.

3. Complete addresses as required.

4. If you need additional space, please include information on an 8½ X 11 page.

New Filing [ ]    Update [X]

Legal name of Public Agency:    __Marin County Board of Education__

Nature of Update:    __Annual Board Reorganization and Election of Officers__

County:    __Marin__

Official Mailing Address:    __P.O. Box 4925, 1111 Las Gallinas Avenue, San Rafael, CA__
                                                                                                    94913

Name and Address of each member of the governing board:

Chairman, President or other Presiding Officer (Indicate Title):    __President__

Name:    __Patricia A. Warren__    Address:    618 Trumbull Road, Novato, CA 94947

Secretary or Clerk (Indicate Title):    __Secretary__

Name:    __Mary Jane Burke__    Address:    __P.O. Box 4925, San Rafael, CA 94913__

Members:    David M. Hellman, Vice President    411 Forbes Avenue, San Rafael, CA 94901
Name:    __Terrel J. Mason__    Address:    18 Bracken Court, San Rafael, CA 94901
Name:    __Byron W. Mauzy__    Address:    21 Turnagain Rd., Kentfield, CA 94904
Name:    __Marilyn L. Nemzer__    Address:    664 Hilary Drive, Tiburon, CA 94920
Name:    __Curtis F. Robinson, M.D.__    Address:    309 N. Ferndale, Mill Valley, CA 94941
Name:    __Clairette C. Wilson__    Address:    1570 Tomales Road, Petaluma, CA 94952

Date: _[signature]_    12-14-06

Signature: MARY JANE BURKE
__Marin County Superintendent of Schools__
Typed Name and Title

SEC/STATE NP/GF 405 (REV. 03/2005)

**STATEMENT OF FACTS**
**ROSTER OF PUBLIC AGENCIES FILING**

ithin 10 days after any change in the below stated facts, an amended statement must be filed with the Secretary of State and the arin County Clerk (Government Code Section 53051).
EASE TYPE **OR PRINT**

LEGAL NAME OF PUBLIC AGENCY  **Marin County Board of Education**

OFFICIAL MAILING ADDRESS OF PUBLIC AGENCY  **1111 Las Gallinas Avenue**
                                                                        Street address

| San Rafael | Marin | 94903 | P.O. Box 4925 | 415/499-5801 |
|---|---|---|---|---|
| city | county | zip | p.o. box(if applicable) | telephone no. |

NUMBER OF MEETINGS HELD PER MONTH  **one regular and special meetings as needed**
AMOUNT PAID TO EACH DIRECTOR PER MEETING  **$200/month**

| NAME AND ADDRESS (please print or type) | | DATE OF ELECTION OR APPOINTMENT MTH/DAY/YR | DATE TERM EXPIRES OR RESIGNATION MTH/DAY/YR |
|---|---|---|---|
| 1) **Patricia A. Warren, President** <br> Name (Pres./Chair) | 415/892-9461 <br> telephone | 11/ 4 / 03 | 12 / / 07 |
| 618 Trumbull Road <br> Street Address and/or box # | Novato <br> City | | 94947 <br> Zip |
| b) **David M. Hellman, Vice Pres.** <br> Name (Sec/Clerk) | 415/457-4411 <br> telephone | 11/ 8 / 05 | 12 / / 09 |
| 411 Forbes Avenue <br> Street Address and/or box # | San Rafael <br> City | | 94901 <br> Zip |
| c) **Terrel J. Mason** <br> Name (Member) | 415/459-0998 <br> telephone | 11/ 4 / 03 | 12 / / 07 |
| 18 Bracken Court <br> Street Address and/or box # | San Rafael <br> City | | 94901 <br> Zip |
| d) **Byron W. Mauzy** <br> Name (Member) | 415/461-5595 <br> telephone | Appointed <br> 11/ 8 / 05 | 12 / / 07 |
| 21 Turnagain Road <br> Street Address and/or box # | Kentfield <br> City | | 94904 <br> Zip |
| e) **Marilyn L. Nemzer** <br> Name (Member) | 415/435-4574 <br> telephone | 11/ 8 / 05 | 12 / / 09 |
| 664 Hilary Drive <br> Street Address and/or box # | Tiburon <br> City | | 94920 <br> Zip |
| f) **Curtis F. Robinson, M.D.** <br> Name (Member) | 415/388-0583 <br> telephone | 11/ 8 / 05 | 12 / / 09 |
| 309 N. Ferndale <br> Street Address and/or box # | Mill Valley <br> City | | 94941 <br> Zip |

<<<<<See Reverse for more member information>>>>>

ROSTER OF PUBLIC AGENCIES FILING

|  | | DATE OF ELECTION OR APPOINTMENT | DATE TERM EXPIRES OR RESIGNATION |
|---|---|---|---|

(g)  Clairette C. Wilson _____    707/762-3642 _____    11/ 4 /03      12/   /07
     Name (Member)                 telephone

    1570 Tomales Road         Petaluma                        94952
    Street Address and/or box #                       City                       Zip

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(h) _____    _____    __/__/__      __/__/__
     Name (Member)                 telephone

_____
    Street Address and/or box #                       City                       Zip

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(i) _____    _____    __/__/__      __/__/__
     Name (Member)                 telephone

_____
    Street Address and/or box #                       City                       Zip

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(j) _____    _____    __/__/__      __/__/__
     Name (Member)                 telephone

_____
    Street Address and/or box #                       City                       Zip

RESIGNATIONS SINCE LAST REPORT             REPLACEMENTS

_____       _____
    Name (please print or type)               Person appointed or elected to fill vacancy

__/__/__                          __/__/__
Effective date of resignation                 Effective date of appointment

_____       _____
    Name (please print or type)               Person appointed or elected to fill vacancy

__/__/__                          __/__/__
Effective date of resignation                 Effective date of appointment

_____       _____
    Name (please print or type)               Person appointed or elected to fill vacancy

__/__/__                          __/__/__
Effective date of resignation                 Effective date of appointment

I attest the above information is true and correct.

BY _*(signature)*_____               DATE 12/14/06
    Name (signature)

MARY JANE BURKE                 Marin County Superintendent of Schools
Name (print or type)                               Title

# EXHIBIT B

SEP-11-2007  13:58        SCLS OF CA                                    707 578 0517    P.02



## STATEMENT OF FACTS
## ROSTER OF PUBLIC AGENCIES FILING

Within 10 days after any change in the below stated facts, an amended statement must be filed with the Secretary of State and the M: County Clerk (Government Code Section 53051).

**PLEASE TYPE OR PRINT**

FILED

JAN 09 2007

MICHAEL F. SMITH
MARIN COUNTY CLERK
By F. Whitney, Deputy

1. LEGAL NAME OF PUBLIC AGENCY _Sausalito Marin City School District_

2. OFFICIAL MAILING ADDRESS OF PUBLIC AGENCY _630 Nevada Street_
                                              Street address

| Sausalito | Marin | 94965 | | 415-332-3190 |
|-----------|-------|-------|---|---------------|
| city | county | zip | p.o. box(if applicable) | telephone no. |

3. NUMBER OF MEETINGS HELD PER MONTH ___1___
4. AMOUNT PAID TO EACH DIRECTOR PER MEETING ___0___

|  | **NAME AND ADDRESS**<br>(please print or type) | **DATE OF ELECTION OR APPOINTMENT**<br>MTH/DAY/YR | **DATE TERM EXPIRES OR RESIGNATION**<br>MTH/DAY/YR |
|---|---|---|---|
| (a) | Whitney Hoyt — Name (Pres./Chair) — 415-331-1269 telephone | 11/06/06 | 12/_/10 |
|  | 332 Donahue — Marin City — Street Address and/or box # — City | | 94965 Zip |
| (b) | Shirley Thornton, Ed. D. — Name (Sec/Clerk) — 415-332-2732 telephone | 11/06/06 | 12/_/10 |
|  | 6 Burgess Court — Marin City — Street Address and/or box # — City | | 94965 Zip |
| (c) | Mark Trotter — Name (Member) — 415-339-0552 telephone | 11/06/06 | 12/_/10 |
|  | 23 Main Dock — Sausalito — Street Address and/or box # — City | | 94965 Zip |
| (d) | Elizabeth Todd-Gallardo — Name (Member) — 415-331-8152 telephone | 11/06/06 | 12/_/08 |
|  | 210 Bonita Street — Sausalito — Street Address and/or box # — City | | 94965 Zip |
| (e) | Thomas Clark — Name (Member) — 415-331-3126 telephone | 11/02/04 | 12/_/08 |
|  | 57 Lincoln Drive — Sausalito — Street Address and/or box # — City | | 94965 Zip |
| (f) | — Name (Member) — telephone | _/_/_ | _/_/_ |
|  | Street Address and/or box # — City | | Zip |

<<<<<See Reverse for more member information>>>>>

2



## STATEMENT OF FACTS
### ROSTER OF PUBLIC AGENCIES FILING

|  | DATE OF ELECTION OR APPOINTMENT | DATE TERM EXPIRES OR RESIGNATION |
|---|---|---|

(g) _____    _____    __/__/__    __/__/__
    Name (Member)                  telephone

_____    _____    _____
    Street Address and/or box #                    City         Zip
********************************************************************

(h) _____    _____    __/__/__    __/__/__
    Name (Member)                  telephone

_____    _____    _____
    Street Address and/or box #                    City         Zip
********************************************************************

(i) _____    _____    __/__/__    __/__/__
    Name (Member)                  telephone

_____    _____    _____
    Street Address and/or box #                    City         Zip
********************************************************************

(j) _____    _____    __/__/__    __/__/__
    Name (Member)                  telephone

_____    _____    _____
    Street Address and/or box #                    City         Zip

### RESIGNATIONS SINCE LAST REPORT          ### REPLACEMENTS

_____          _____
    Name (please print or type)                 Person appointed or elected to fill vacancy

__/__/__                                     __/__/__
Effective date of resignation               Effective date of appointment

_____          _____
    Name (please print or type)                 Person appointed or elected to fill vacancy

__/__/__                                     __/__/__
Effective date of resignation               Effective date of appointment

_____          _____
    Name (please print or type)                 Person appointed or elected to fill vacancy

__/__/__                                     __/__/__
Effective date of resignation               Effective date of appointment

I attest the above information is true and correct.

BY _____            DATE 12/8/06
      Name (signature)

Kathleen D. Blazei                          Secretary to the Superintendent
Name (print or type)                        Title

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       )§
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **September 11, 2007**, I served the described **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT; DECLARATION OF DENNIS J. WALSH IN SUPPORT THEREOF** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number:  (415) 454-0145
Counsel for Plaintiffs, Christina Windsor
and Scottlan Windsor

    (BY UNITED STATES POSTAL SERVICE).    I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

xxx   (NEXT BUSINESS DAY).  I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

xxx   (ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx   (FEDERAL).  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on September 11, 2007, at Encino, California.

*Cheryl C. Crowley*
Cheryl C. Crowley