1  Dennis J. Walsh, Esq., State Bar No. 106646
   WALSH & ASSOCIATES, APC
2  16633 Ventura Boulevard, Suite 1210
   Encino, California 91436
3  Telephone Number: (818) 986-1776
   Facsimile Number: (818) 382-2071
4

5  Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT, MARIN COUNTY
   OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY
6  BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the
   SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY
7  THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

8                         **UNITED STATES DISTRICT COURT**

9                         **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor, | CASE NO: C07 2897 (EMC) |
|---|---|
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16] |
| vs. | |
| MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING, | |
| Defendants. | |

28

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (I) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: (List names and identify their connection and interest).

1. Sausalito School District, Marin County Office of Education, Mary Jane Burke; Mary Otto, Marin County Board of Education; the Sausalito Marin City School District; the Sausalito Marin City School District Board of Trustees, Shirley Thompson, Stephan Fraser, Bruce Huff, Ronnie Jones, Rose Roberson;

2. Christina Windsor;

3. Scottlan Windsor, a minor, by and through his Natural Guardian, Christina Windsor; and

4. Keenan and Associates.


DATED:   September 11, 2007        Respectfully submitted,

                                   WALSH & ASSOCIATES, APC

                            By:    /s/ Dennis J. Walsh
                                   DENNIS J. WALSH, ESQ.
                                   Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA     ) §
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

    On **September 11, 2007**, I served the described **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number:  (415) 454-0145
Counsel for Plaintiffs, Christina Windsor
and Scottlan Windsor

    (BY UNITED STATES POSTAL SERVICE).   I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

xxx  (NEXT BUSINESS DAY). I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

xxx  (ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx  (FEDERAL).  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on September 11, 2007, at Encino, California.

*/s/ Cheryl C. Crowley*
Cheryl C. Crowley

---
3
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]
CASE NO: C 07 2897 (EMC)