1  Dennis J. Walsh, Esq., State Bar No. 106646
   WALSH & ASSOCIATES, APC
2  16633 Ventura Boulevard, Suite 1210
   Encino, California 91436
3  Telephone Number: (818) 986-1776
   Facsimile Number:  (818) 382-2071
4
5  Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY
   OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY
6  BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the
   SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY
7  THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON
   SAULSALITO SCHOOL DISTRICT
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12 | CHRISTINA WINDSOR, SCOTTLAN       | CASE NO: C07 2897 (EMC)
   | WINDSOR, through and by his mother
13 | and Natural Guardian, Christina Windsor, | [PROPOSED] ORDER RE:
   |                                   | DEFENDANTS' MOTION AND
14 |              Plaintiff,           | MOTION TO QUASH SERVICE OF
   |                                   | SUMMONS AND COMPLAINT
15 |      vs.                          |
   |                                   | DATE:       October 22, 2007
16 | MARIN COUNTY OFFICE OF            | TIME:       10:30 a.m.
   | EDUCATION, MARY JANE BURKE, in    | COURTROOM:  C
17 | her official capacity as Superintendent of
   | the Marin County Office of Education,
18 | only; MARY OTTO, in her individual
   | capacity and in her official capacity as the
19 | Credentials Specialist for the Marin
   | County Office of Education; MARIN
20 | COUNTY BOARD OF EDUCATION; the
   | SAUSALITO MARIN CITY SCHOOL
21 | DISTRICT; the SAUSALITO MARIN
   | CITY SCHOOL DISTRICT BOARD OF
22 | TRUSTEES, SHIRLEY THOMPSON,
   | STEPHAN FRASER, BRUCE HUFF,
23 | RONNIE JONES, as individuals and in
   | their official capacity as Trustees; ROSE
24 | ROBERSON, in her individual capacity
   | and in her official capacity as
25 | Superintendent of the Sausalito School
   | District, the CALIFORNIA
26 | COMMISSION ON TEACHER
   | CREDENTIALING
27 |              Defendants.

28
                                       1
   [PROPOSED] ORDER RE: DEFENDANTS' MOTION AND MOTION TO QUASH SERVICE OF
                         SUMMONS AND COMPLAINT
                          CASE NO: C07 2897 (EMC)

TO ALL INTERESTED PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

THE HONORABLE EDWARD M. CHEN:

Having read moving and opposing papers concerning Defendants MARIN COUNTY OFFICE OF EDUCATION ("MCOE"), MARY JANE BURKE, MARY OTTO, MARIN COUNTY BOARD OF EDUCATION, SAUSALITO MARIN CITY SCHOOL DISTRICT, SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THORNTON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES and ROSE ROBERSON's (collectively "defendants") Motion to Dismiss the "Complaint for Damages" ("complaint") of Plaintiffs CHRISTINA WINDSOR and SCOTTLAN WINDSOR, a minor, by and through and by his mother and natural guardian, CHRISTINA WINDSOR (collectively "plaintiff"), I hereby make the following ruling:

1. Plaintiff failed to sufficiently effectuate service of process upon the parties named as defendants in this matter,

IT IS SO ORDERED..


DATED: October _____, 2007        By: _____
                                       MAGISTRATE JUDGE OF THE UNITED
                                       STATES DISTRICT COURT

[PROPOSED] ORDER RE: DEFENDANTS' MOTION AND MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT
CASE NO: C07 2897 (EMC)

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                                            )§
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **September 11, 2007**, I served the described **[PROPOSED] ORDER RE: DEFENDANTS' MOTION AND MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number: (415) 454-0145
Counsel for Plaintiffs, Christina Windsor and Scottlan Windsor


___    (BY UNITED STATES POSTAL SERVICE). I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

xxx    (NEXT BUSINESS DAY). I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

xxx    (ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx    (FEDERAL). I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on September 11, 2007, at Encino, California.


_/s/ Cheryl C. Crowley_
Cheryl C. Crowley

---
3
[PROPOSED] ORDER RE: DEFENDANTS' MOTION AND MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT
CASE NO: C07 2897 (EMC)