UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA WINDSOR, SCOTTLAN
WINDSOR, through his mother and Natural
Guardian. Christina Windsor
        Plaintiff(s),

v.

The MARIN COUNTY OFFICE OF
EDUCATION; MARY JANE BURKE;

        Defendant(s).

No. C 07 2897

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: September 17, 2007

Signature _____

Counsel for Defendants, The MARIN
(Plaintiff, Defendant, or indicate "pro se")
County Office of Education; Mary Jane Burke; Mary Otto; Marin County Board of Education; Sausalito Marin City School District; the Sausalito Marin City School District Board of Trustees; Shirley Thornton; Stephen Fraser, Bruce Huff, Ronnie Jones and Rose Roberson