1  Dennis J. Walsh, Esq., State Bar No. 106646
   Adam N. Bouayad, Esq., State Bar No. 248087
2  WALSH & ASSOCIATES, APC
   16633 Ventura Boulevard, Suite 1210
3  Encino, California 91436
   Telephone Number: (818) 986-1776
4  Facsimile Number: (818) 382-2071

5  Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY
   OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY
6  BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the
   SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY
7  THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON
   SAULSALITO SCHOOL DISTRICT
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 CHRISTINA WINDSOR, SCOTTLAN )   CASE NO: CV 07 02897 (JSW)
   WINDSOR, through and by his mother)
13 and Natural Guardian, Christina Windsor,)  RE-NOTICE OF MOTION AND
                                     )   MOTION TO QUASH SERVICE OF
14              Plaintiff,            )   SUMMONS AND COMPLAINT;
                                     )   [PROPOSED] ORDER
15              vs.                   )
                                     )   DATE:       October 22, 2007
16 MARIN COUNTY OFFICE OF)            TIME:       10:30 a.m.
   EDUCATION, MARY JANE BURKE, in)    COURTROOM:  2, Seventeenth Floor
17 her official capacity as Superintendent of)
   the Marin County Office of Education,)
18 only; MARY OTTO, in her individual)
   capacity and in her official capacity as the)
19 Credentials Specialist for the Marin)
   County Office of Education; MARIN)
20 COUNTY BOARD OF EDUCATION; the)
   SAUSALITO MARIN CITY SCHOOL)
21 DISTRICT; the SAUSALITO MARIN)
   CITY SCHOOL DISTRICT BOARD OF)
22 TRUSTEES, SHIRLEY THOMPSON,)
   STEPHAN FRASER, BRUCE HUFF,)
23 RONNIE JONES, as individuals and in)
   their official capacity as Trustees; ROSE)
24 ROBERSON, in her individual capacity)
   and in her official capacity as)
25 Superintendent of the Sausalito School)
   District, the CALIFORNIA)
26 COMMISSION ON TEACHER)
   CREDENTIALING                     )
27              Defendants           )
                                     )
28 ─────────────────────────────────

---

RE-NOTICE OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT
CASE NO: CV 07 02897 (JSW)

TO THE HONORABLE JEFFREY S. WHITE:

PLEASE TAKE NOTICE that on October 22, 2007 at 10:30 a.m., located at 450 Golden Gate Avenue, Courtroom 2, Seventeenth Floor, San Francisco, California 94102, Defendants MARIN COUNTY OFFICE OF EDUCATION ("MCOE"), MARY JANE BURKE, MARY OTTO, MARIN COUNTY BOARD OF EDUCATION, SAUSALITO MARIN CITY SCHOOL DISTRICT, SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THORNTON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES and ROSE ROBERSON (collectively "defendants") will move to quash the "Complaint for Damages" ("complaint") of Plaintiffs CHRISTINA WINDSOR and SCOTTLAN WINDSOR, a minor, by and through and by his mother and natural guardian, CHRISTINA WINDSOR (collectively "plaintiff").

The previous notice and motion and supporting declarations were previously filed with the court and served upon plaintiffs' counsel on September 11, 2007.

DATED: September 28, 2007                Respectfully submitted.

                                         WALSH & ASSOCIATES, APC

                                By:      _____
                                         DENNIS J. WALSH, ESQ.
                                         ADAM N BOUAYAD, ESQ.
                                         Attorneys for Defendants,
                                         SAUSALITO SCHOOL DISTRICT, MARIN
                                         COUNTY OFFICE OF EDUCATION,
                                         MARY JANE BURKE; MARY OTTO,
                                         MARIN COUNTY BOARD OF
                                         EDUCATION; the SAUSALITO MARIN
                                         CITY SCHOOL DISTRICT; the
                                         SAUSALITO MARIN CITY SCHOOL
                                         DISTRICT BOARD OF TRUSTEES,
                                         SHIRLEY THOMPSON, STEPHAN
                                         FRASER, BRUCE HUFF, RONNIE JONES,
                                         ROSE ROBERSON