```
 1  AMANDA METCALF SBN: 57177
    NYANZA SHAW SBN: 191423
 2  LAW OFFICES OF AMANDA METCALF
    29 Marin Bay Park Court
 3  San Rafael, California 94901
    Telephone (415) 454-0945
 4  Facsimile (415) 454-9145

 5  Attorneys for Plaintiffs
    CHRISTINA WINDSOR
 6  And SCOTTLAN WINDSOR

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9

10  CHRISTINA WINDSOR, SCOTTLAN         Case No. C 07 2897 JSW
    WINDSOR, through and by his mother and
11  Natural Guardian, Christina Windsor,
                                        STIPULATION RE SERVICE OF
12                                      SUMMONS AND COMPLAINT AND
                Plaintiffs,             TIME FOR FILING RESPONSIVE
13       vs.                            PLEADING

14  The MARIN COUNTY OFFICE OF
    EDUCATION; MARY JANE BURKE, in her
15  official capacity as Superintendent of the
    Marin County Office of Education, only;
16  MARY OTTO, in her individual capacity and
    in her official capacity as the Credentials
17  Specialist for the Marin County Office of
    Education; MARIN COUNTY BOARD OF
18  EDUCATION; the SAUSALITO MARIN
    CITY SCHOOL DISTRICT; the SAUSALITO
19  MARIN CITY SCHOOL DISTRICT BOARD
20  OF TRUSTEES, SHIRLEY THORNTON,
    STEPHEN FRASER, BRUCE HUFF,
21  RONNIE JONES, as individuals and in their
22  official capacity as Trustees; ROSE
    ROBERSON, in her individual capacity and in
23  her official capacity as Superintendent of the
    Sausalito School District, the CALIFORNIA
24  COMMISSION ON TEACHER
25  CREDENTIALING; DOES 1 through 25,
    inclusive,
26
27              Defendants.

28
```

It is hereby stipulated by and between plaintiff, Christina Windsor and defendants, The MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, MARY OTTO, MARIN COUNTY BOARD OF EDUCATION, the SAUSALITO MARIN CITY SCHOOL DISTRICT, the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THORNTON, STEPHEN FRASER, BRUCE HUFF, RONNIE JONES, and ROSE ROBERSON, through and by their respective counsel herein, that the above named defendants were served with copies of the summons and complaint in the above action effective September 21, 2007, and that said service was effected via service on counsel for said defendants, DENNIS J. WALSH and ADAM BOUAYAD, of WALSH & ASSOCIATES, APC..

It is hereby further stipulated by and between the above named parties, through and by their respective counsel of record herein that the time for filing a responsive pleading to the complaint herein shall be extended through October 25, 2007.

Dated: October 1, 2007

LAW OFFICES OF AMANDA METCALF

_/s/ Amanda Metcalf_

Amanda Metcalf, Attorneys for Plaintiff
CHRISTINA WINDSOR

Dated: October 2, 2007

WALSH & ASSOCIATES

_/s/_

Adam Bouayad
Attorneys for Defendants MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, MARY OTTO, MARIN COUNTY BOARD OF EDUCATION, the SAUSALITO MARIN CITY SCHOOL DISTRICT, the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THORNTON, STEPHEN FRASER, BRUCE HUFF, RONNIE JONES, and ROSE ROBERSON

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                      )§
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **October 2, 2007**, I served the document described as **STIPULATION RE: SERVICE OF SUMMONS AND COMPLAINT AND TIME FOR FILING RESPONSIVE PLEADING]** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number:  (415) 454-0145
Counsel for Plaintiffs, Christina Windsor
and Scottlan Windsor

xxx   (BY UNITED STATES POSTAL SERVICE).   I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

(NEXT BUSINESS DAY).   I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

(ELECTRONIC TRANSMISSION).   I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx   (FEDERAL).   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on October 2, 2007, at Encino, California.

_____
Cheryl C. Crowley

---

CERTIFICATE OF SERVICE RE: STIPULATION RE: SERVICE OF SUMMONS AND COMPLAINT AND TIME FOR FILING RESPONSIVE PLEADING
CASE NO:  CV 07 02897 (JSW)