**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR and SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE MARIN COUNTY OFFICE OF EDUCATION, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 07-02897 JSW<br><br>**ORDER OF REFERRAL** |

　　　Pursuant to Local Rule 72-1, the motion to quash service of summons and complaint and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The hearing date of October 22, 2007 at 10:30 a.m. is HEREBY VACATED.

　　　**IT IS SO ORDERED.**

Dated: October 9, 2007

　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Wings Hom