United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR and SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor,<br><br>Plaintiffs,<br><br>v.<br><br>THE MARIN COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. _____/ | No. C 07-02897 JSW<br><br>**ORDER WITHDRAWING REFERRAL AND SETTING BRIEFING SCHEDULE** |

On October 9, 2007, this Court referred the motion to quash service of summons and complaint and all other discovery disputes in this matter to a randomly assigned magistrate judge for resolution. The hearing date of October 22, 2007 at 10:30 a.m. was vacated.

By this Order, the Court withdraws the referral of the pending motion to quash service of the summons. This Court will hear the motion on December 14, 2007 at 9:00 a.m., to be followed immediately by the parties' initial case management conference. The Court further orders that an opposition to the motion shall be filed by no later than November 2, 2007 and a reply brief shall be filed by no later than November 9, 2007.

All further discovery disputes remain referred to Magistrate Judge Joseph C. Spero.

///

///

1  If the Court determines that the motion to quash services of the summons is suitable for
2  resolution without oral argument, it will so advise the parties in advance of the hearing date. If
3  the parties wish to modify this schedule, they may submit for the Court's consideration a
4  stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 15, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE