UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA WINDSOR

       Plaintiff(s),                      No. C 07-02897 JSW

  v.                                   **CLERK'S NOTICE**

THE MARIN COUNTY OFFICE
OF EDUCATION

       Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on December 14, 2007, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference in this matter.   A joint case management conference statement shall be due on or before December 7, 2007.

                                                Richard W. Wieking
                                                Clerk, United States District Court

                                                By:_____*Jennifer Ottolini*_____
                                                Jennifer Ottolini, Deputy Clerk
                                                Honorable Jeffrey S. White
                                                (415) 522-4173

Dated: October 23, 2007