1  Dennis J. Walsh, Esq., State Bar No. 106646
   Adam N. Bouayad, Esq., State Bar No. 248087
2  WALSH & ASSOCIATES, APC
   16633 Ventura Boulevard, Suite 1210
3  Encino, California 91436
   Telephone Number: (818) 986-1776
4  Facsimile Number:  (818) 382-2071

5  Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF
   EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION;
6  the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL
   DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF,
7  RONNIE JONES, ROSE ROBERSON SAULSALITO SCHOOL DISTRICT

8                          **UNITED STATES DISTRICT COURT**

9                         **NORTHERN DISTRICT OF CALIFORNIA**

10

11 CHRISTINA    WINDSOR,    SCOTTLAN )        **CASE NO: C07 02897 (JSW)**
   WINDSOR, through and by his mother and )
12 Natural Guardian, Christina Windsor,    )    **DECLARATION OF DENNIS J. WALSH IN**
                                           )    **SUPPORT OF NOTICE OF MOTION AND**
13                         Plaintiff,      )    **MOTION TO DISMISS THE COMPLAINT**
                                           )    **OF    CHRISTINA    AND    SCOTTLAN**
14                    vs.                  )    **WINDSOR PURSUANT TO RULE 12(b)(6)**
                                           )
15 MARIN COUNTY OFFICE OF EDUCATION,)          **DATE:**           **December 20, 2007 (JCS)**
   MARY JANE BURKE, in her official capacity as )  **TIME:**            **9:30 a.m.**
16 Superintendent of the Marin County Office of )  **COURTROOM:**       **A, Fifteenth Floor**
   Education, only; MARY OTTO, in her individual )
17 capacity and in her official capacity as the )  **[Filed concurrently with Notice of Motion and**
   Credentials Specialist for the Marin County Office )  **Motion to Dismiss the Complaint; Request for**
18 of Education; MARIN COUNTY BOARD OF)         **Judicial Notice; and [Proposed] Order]**
   EDUCATION; the SAUSALITO MARIN CITY)
19 SCHOOL DISTRICT; the SAUSALITO MARIN)
   CITY   SCHOOL   DISTRICT   BOARD   OF)
20 TRUSTEES,    SHIRLEY    THOMPSON,)
   STEPHAN FRASER, BRUCE HUFF, RONNIE)
21 JONES, as individuals and in their official)
   capacity as Trustees; ROSE ROBERSON, in her)
22 individual capacity and in her official capacity as)
   Superintendent of the Sausalito School District,)
23 the   CALIFORNIA   COMMISSION   ON)
   TEACHER CREDENTIALING,          )
24                                           )
                          Defendants        )
25 _____      )

26

27        TO THE HONORABLE JOSEPH C. SPERO:

28

## DECLARATION OF DENNIS J. WALSH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO 12(B)(6)

I, Dennis J. Walsh, do hereby declare:

1.     I am over the age of eighteen (18) and a resident of the State of California. I make this declaration in support of defendants

2.     I am an attorney at law, and principal at Walsh & Associates, APC, and am licensed to practice before this Court, and am counsel and attorney or record for defendants SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON.

3.     As a handling attorney on this case and upon review of the records in the file, I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to the same.

4.     Attached as **Exhibit "A"** to this declaration is a true and correct copy of Plaintiff CHRISTINA WINDSOR'S First Amended Complaint filed the Superior Court of California, County of Marin, Case No. CV12272, filed on or about August 26, 2007. (Exhibit "A")

5.     Attached as **Exhibit "B"** to this declaration is a true and correct copy of Honorable Michael B. Dufficy's October 24, 2002, Ruling on Defendants' Demurrer to Plaintiff CHRISTINA WINDSOR'S First Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272. (Exhibit "B")

6.     Attached as **Exhibit "C"** to this declaration is a true and correct copy of Honorable Michael B. Dufficy's September 6, 2005 Decision and August 8, 2005, Tentative Ruling denying plaintiff CHRISTINA WINDSOR'S Motion to Amend/Supplement First Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272. (Exhibit "C")

7.     Attached as **Exhibit "D"** to this declaration is a true and correct copy of Plaintiff CHRISTINA WINDSOR'S Complaint For Damages filed in Superior Court of California, County of Marin, Case No. 060248, filed on January 20, 2006. (Exhibit "D")

8.    Attached as **Exhibit "E"** to this declaration is a true and correct copy of Honorable John A. Sutro, Jr.'s Order Re Defendant Rose Marie Roberson's Demurrer to Plaintiff's Complaint in Superior Court of California, County of Marin, Case No. 060248, filed on July 18, 2006. (Exhibit "E")

9.    Attached as **Exhibit "F"** to this declaration is a true and correct copy of Declaration of Amanda Metcalf In Support of Motion to File an Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272, filed on or about January 25, 2007. (Exhibit "F")

10.    Attached as **Exhibit "G"** to this declaration is a true and correct copy of Honorable James R. Ritchie's March 30, 2007 Order denying plaintiff CHRISTINA WINDSOR'S Motion to File an Amended Complaint in Superior Court of California, County of Marin, Case No. CV012272, filed on April 2, 2007. (Exhibit "G")

11.    Attached as **Exhibit "H"** to this declaration is a true and correct copy of Plaintiff CHRISTINA WINDSOR'S Complaint for Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on April 3, 2007. (Exhibit "H")

12.    Attached as **Exhibit "I"** to this declaration is a true and correct copy of Order Following Tentative Ruling Sustaining Defendant's Demurrer to Plaintiff Complaint For Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on September 25, 2007. (Exhibit "I")

13.    Attached as **Exhibit "J"** to this declaration is a true and correct copy of Plaintiff CHRISTINA WINDSOR'S First Amended Complaint for Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on October 12, 2007. (Exhibit "J")

14.    Attached as **Exhibit "K"** to this declaration is a true and correct copy of plaintiff CHRISTINA WINDSOR'S September 11, 2000, Government Claim. (Exhibit "K")

15.    Attached as **Exhibit "L"** to this declaration is a true and correct copy of June 2, 2006, Deposition Transcript of Rose Marie Roberson, EDD, Volume II. (Exhibit "L")

I declare, under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 25th day of October, 2007, at Encino, California.

*Dennis J. Walsh*

_____
Declarant, DENNIS J. WALSH

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA       )
                                            )§
COUNTY OF LOS ANGELES      )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

     On **October 25, 2007**, I served the document described as **DECLARATION OF DENNIS J. WALSH IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT OF CHRISTINA AND SCOTTLAN WINDSOR PURSUANT TO RULE 12(b)(6** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number:  (415) 454-0945
Facsimile Number:  (415) 454-0145
Counsel for Plaintiffs, Christina Windsor
and Scottlan Windsor

xxx    (BY UNITED STATES POSTAL SERVICE).    I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

     (NEXT BUSINESS DAY). I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

     (ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx    (FEDERAL).  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

     Executed on October 25, 2007, at Encino, California.

Cheryl C. Crowley

---

4

DECLARATION OF DENNIS J. WALSH IN SUPPORT OF MOTION TO DISMISS COMPLAINT
CASE NO: CV 07 02897 (JSW)