Dennis J. Walsh, Esq., State Bar No. 106646
Adam N. Bouayad, Esq., State Bar No. 248087
WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number: (818) 986-1776
Facsimile Number:  (818) 382-2071

Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor<br><br>Plaintiff,<br><br>vs.<br><br>MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING,<br><br>Defendants. | CASE NO: C07 2897 (JSW)<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(b)(6); DECLARATION OF DENNIS J. WALSH IN SUPPORT THEREOF<br><br>[Filed concurrently with Notice of Motion and Motion to Dismiss Plaintiff's Complaint; Declaration of Dennis J. Walsh in Support Thereof; and [Proposed] Order<br><br>DATE:             December 20, 2007<br>TIME:             9:30 a.m.<br>COURTROOM:  A, Fifteenth Floor |

TO THE HONORABLE JOSEPH C. SPERO AND TO ALL INTERESTED PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

---
1
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(B)(6)-CASE NO: CV 07 02897 (JSW)

Defendants MARIN COUNTY OFFICE OF EDUCATION ("MCOE"), MARY JANE BURKE, MARY OTTO, MARIN COUNTY BOARD OF EDUCATION, SAUSALITO MARIN CITY SCHOOL DISTRICT, SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THORNTON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES and ROSE ROBERSON (collectively "defendants") hereby request that the Court take Judicial Notice of the following documents:

1. Plaintiff CHRISTINA WINDSOR'S First Amended Complaint filed the Superior Court of California, County of Marin, Case No. CV12272, filed on or about August 26, 2007.

2. Honorable Michael B. Dufficy's October 24, 2002, Ruling on Defendants' Demurrer to Plaintiff CHRISTINA WINDSOR'S First Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272. (Exhibit

3. Honorable Michael B. Dufficy's September 6, 2005 Decision and August 8, 2005, Tentative Ruling denying plaintiff CHRISTINA WINDSOR'S Motion to Amend/Supplement First Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272.

4. Plaintiff CHRISTINA WINDSOR'S Complaint For Damages filed in Superior Court of California, County of Marin, Case No. 060248, filed on January 20, 2006.

5. Honorable John A. Sutro, Jr.'s Order Re Defendant Rose Marie Roberson's Demurrer to Plaintiff's Complaint in Superior Court of California, County of Marin, Case No. 060248, filed on July 18, 2006.

6. Declaration of Amanda Metcalf In Support of Motion to File an Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272, filed on or about January 25, 2007.

7. Honorable James R. Ritchie's March 30, 2007 Order denying plaintiff CHRISTINA WINDSOR'S Motion to File an Amended Complaint in Superior Court of California, County of Marin, Case No. CV012272, filed on April 2, 2007.

8. Plaintiff CHRISTINA WINDSOR'S Complaint for Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on April 3, 2007.

9.  Order Following Tentative Ruling Sustaining Defendant's Demurrer to Plaintiff Complaint For Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on September 25, 2007.

10. Plaintiff CHRISTINA WINDSOR'S First Amended Complaint for Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on October 12, 2007.

12. June 2, 2006, Deposition Transcript of Rose Marie Roberson, EDD, Volume II.

This motion is based upon this notice and *Federal Rules of Evidence* 201, the attached memorandum of points and authorities, the Declaration of Dennis J. Walsh, Esq., and the papers and pleadings on file in this action, together with any other oral and documentary evidence as may be presented at the hearing.

DATED:  October 25, 2007

Respectfully submitted,

WALSH & ASSOCIATES, APC

By: _____
DENNIS J. WALSH, ESQ.
ADAM N. BOUAYAD, ESQ
Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

## MEMORANDUM OF POINTS AND AUTHORITIES

*Federal Rules of Evidence Rule* 201 states the following:

"**(a) Scope of rule.** This rule governs only judicial notice of adjudicative facts.

**(b) Kinds of facts.** *A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.*

**(c) When discretionary.** A court may take judicial notice, whether requested or not.

**(d) When mandatory.** *A court shall take judicial notice if requested by a party and supplied with the necessary information.*

**(e) Opportunity to be heard.** A party is entitled upon timely request to an opportunity to be heard as to the propriety of taking judicial notice and the tenor of the matter noticed. In the absence of prior notification, the request may be made after judicial notice has been taken.

**(f) Time of taking notice.** *Judicial notice may be taken at any stage of the proceeding.*

**(g) Instructing jury.** In a civil action or proceeding, the court shall instruct the jury to accept as conclusive any fact judicially noticed. In a criminal case, the court shall instruct the jury that it may, but is not required to, accept as conclusive any fact judicially noticed." (Emphasis added.)

Furthermore, "A court may take judicial notice of 'matters of public record' without converting a motion to dismiss into a motion for summary judgment." *Lee v. City of Los Angeles* (9th Cir. 2001) 250 F.3d 668, 689 (citing *MGIC Indem. Corp. v. Weisman*, (9th Cir.1986). 803 F.2d 500, 504.)

### I.   THE DOCUMENTS PROPOSED FOR JUDICIAL NOTICE ARE SUBJECT TO *FEDERAL RULES OF EVIDENCE* 201

The following documents are subject to judicial notice by this Court based on the statutory authority cited above:

1. Plaintiff CHRISTINA WINDSOR'S First Amended Complaint filed the Superior Court of California, County of Marin, Case No. CV12272, filed on or about August 26, 2007. (Exhibit "A");

2. Honorable Michael B. Dufficy's October 24, 2002, Ruling on Defendants' Demurrer to Plaintiff CHRISTINA WINDSOR'S First Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272. (Exhibit "B")'

3. Honorable Michael B. Dufficy's September 6, 2005 Decision and August 8, 2005, Tentative Ruling denying plaintiff CHRISTINA WINDSOR'S Motion to Amend/Supplement First Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272. (Exhibit "C");

4. Plaintiff CHRISTINA WINDSOR'S Complaint For Damages filed in Superior Court of California, County of Marin, Case No. 060248, filed on January 20, 2006. (Exhibit "D");

5. Honorable John A. Sutro, Jr.'s Order Re Defendant Rose Marie Roberson's Demurrer to Plaintiff's Complaint in Superior Court of California, County of Marin, Case No. 060248, filed on July 18, 2006. (Exhibit "E");

6. Declaration of Amanda Metcalf In Support of Motion to File an Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272, filed on or about January 25, 2007. (Exhibit "F");

7. Honorable James R. Ritchie's March 30, 2007 Order denying plaintiff CHRISTINA WINDSOR'S Motion to File an Amended Complaint in Superior Court of California, County of Marin, Case No. CV012272, filed on April 2, 2007. (Exhibit "G");

8. Plaintiff CHRISTINA WINDSOR'S Complaint for Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on April 3, 2007. (Exhibit "H");

9. Order Following Tentative Ruling Sustaining Defendant's Demurrer to Plaintiff Complaint For Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on September 25, 2007. (Exhibit "I");

10. Plaintiff CHRISTINA WINDSOR'S First Amended Complaint for Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on October 12, 2007. (Exhibit "J");

12. CHRISTINA WINDSOR'S September 11, 2000, Government Claim. (Exhibit "K"); and

13. June 2, 2006, Deposition Transcript of Rose Marie Roberson, EDD, Volume II. (Exhibit "L")

Based on the foregoing, defendants request that this Court take judicial notice of the above-referenced documents in support of their Motion to Dismiss Complaint

Dated:   October 25, 2007                                   WALSH & ASSOCIATES, APC

                                          By:   _____
                                                DENNIS J. WALSH, ESQ.
                                                ADAM N. BOUAYAD, ESQ
                                                Attorney for Defendants, SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

# DECLARATION OF DENNIS J. WALSH IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE MOTION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO 12B6

I, Dennis J. Walsh, do hereby declare:

1. I am over the age of eighteen (18) and a resident of the State of California. I make this declaration in support of defendants;

2. I am an attorney at law, and principal at Walsh & Associates, APC, and am licensed to practice before this Court, and am counsel and attorney or record for defendants SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON;.

3. As a handling attorney on this case and upon review of the records in the file, I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to the same;

4. Attached as **Exhibit "A"** to this declaration is a true and correct copy of Plaintiff CHRISTINA WINDSOR'S First Amended Complaint filed the Superior Court of California, County of Marin, Case No. CV12272, filed on or about August 26, 2007. (Exhibit "A");

5. Attached as **Exhibit "B"** to this declaration is a true and correct copy of Honorable Michael B. Dufficy's October 24, 2002, Ruling on Defendants' Demurrer to Plaintiff CHRISTINA WINDSOR'S First Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272. (Exhibit "B");

6. Attached as **Exhibit "C"** to this declaration is a true and correct copy of Honorable Michael B. Dufficy's September 6, 2005 Decision and August 8, 2005, Tentative Ruling denying plaintiff CHRISTINA WINDSOR'S Motion to Amend/Supplement First Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272. (Exhibit "C");

7. Attached as **Exhibit "D"** to this declaration is a true and correct copy of Plaintiff CHRISTINA WINDSOR'S Complaint For Damages filed in Superior Court of California, County of Marin, Case No. 060248, filed on January 20, 2006. (Exhibit "D");

8. Attached as **Exhibit "E"** to this declaration is a true and correct copy of Honorable John A. Sutro, Jr.'s Order Re Defendant Rose Marie Roberson's Demurrer to Plaintiff's Complaint in Superior Court of California, County of Marin, Case No. 060248, filed on July 18, 2006. (Exhibit "E");

9. Attached as **Exhibit "F"** to this declaration is a true and correct copy of Declaration of Amanda Metcalf In Support of Motion to File an Amended Complaint in Superior Court of California, County of Marin, Case No. CV12272, filed on or about January 25, 2007. (Exhibit "F");

10. Attached as **Exhibit "G"** to this declaration is a true and correct copy of Honorable James R. Ritchie's March 30, 2007 Order denying plaintiff CHRISTINA WINDSOR'S Motion to File an Amended Complaint in Superior Court of California, County of Marin, Case No. CV012272, filed on April 2, 2007. (Exhibit "G");

11. Attached as **Exhibit "H"** to this declaration is a true and correct copy of Plaintiff CHRISTINA WINDSOR'S Complaint for Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on April 3, 2007. (Exhibit "H");

12. Attached as **Exhibit "I"** to this declaration is a true and correct copy of Order Following Tentative Ruling Sustaining Defendant's Demurrer to Plaintiff Complaint For Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on September 25, 2007. (Exhibit "I");

13. Attached as **Exhibit "J"** to this declaration is a true and correct copy of Plaintiff CHRISTINA WINDSOR'S First Amended Complaint for Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on October 12, 2007. (Exhibit "J");

14. Attached as **Exhibit "K"** to this declaration is a true and correct copy of plaintiff CHRISTINA WINDSOR'S September 11, 2000, Government Claim. (Exhibit "K");

15. Attached as **Exhibit "L"** to this declaration is a true and correct copy of June 2, 2006, Deposition Transcript of Rose Marie Roberson, EDD, Volume II. (Exhibit "L"); and

/////

6. All exhibits attached hereto, with the exception of the Deposition Transcript of Rose Marie Roberson, EDD, hereto are part of the public record.

I declare, under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 25th day of October, 2007, at Encino, California.

_____
Declarant, DENNIS J. WALSH

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                      )§
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **October 25, 2007**, I served the document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(b)(6); DECLARATION OF DENNIS J. WALSH IN SUPPORT THEREOF** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number:  (415) 454-0145
Counsel for Plaintiffs, Christina Windsor
and Scottlan Windsor

xxx    (BY UNITED STATES POSTAL SERVICE).    I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

(NEXT BUSINESS DAY). I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

(ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx    (FEDERAL).   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on October 25, 2007, at Encino, California.

*/s/ Cheryl C. Crowley*
Cheryl C. Crowley

---
7
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS'
COMPLAINT PURSUANT TO 12(B)(6)-CASE NO: CV 07 02897 (JSW)