United States District Court
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  CHRISTINA WINDSOR and SCOTTLAN
    WINDSOR, through and by his mother and
11  Natural Guardian, Christina Windsor,          No. C 07-02897 JSW

12         Plaintiffs,

13     v.                                         **ORDER SETTING BRIEFING SCHEDULE**

14  THE MARIN COUNTY OFFICE OF
    EDUCATION, et al.,
15
           Defendants.
16  _____/

17
        This matter is set for hearing on February 18, 2008 on Defendants' motion to dismiss.
18
    The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than
19
    November 13, 2007 and a reply brief shall be filed by no later than November 20, 2007.
20
        If the Court determines that the motion is suitable for resolution without oral argument,
21
    it will so advise the parties in advance of the hearing date. If the parties wish to modify this
22
    schedule, they may submit for the Court's consideration a stipulation and proposed order
23
    demonstrating good cause for any modification requested.
24

25      **IT IS SO ORDERED.**

26  Dated: October 29, 2007                       _____
                                                  JEFFREY S. WHITE
27                                                UNITED STATES DISTRICT JUDGE
28