AMANDA METCALF, SBN 57177
LAW OFFICES OF AMANDA METCALF
29 Marin Bay Park Court
San Rafael, CA. 94901
Telephone: 415-454-0945
Facsimile:  415-454-9145
Attorneys for Plaintiffs
CHRISTINA WINDSOR, and
SCOTTLAN WINDSOR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, <br><br> Plaintiffs, <br><br> v. <br><br> MARIN COUNTY OFFICE OF EDUCATION, ET AL., <br><br> _____Defendants <br> _____ / | **CASE NO.  CV 07 02897 (JSW)** <br><br> REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS; DECLARATION OF A. METCALF IN SUPPORT THEREOF [Filled concurrently with Plaintiff's Opposition to Motion to Dismiss] <br><br> Date:        February 18, 2008 <br> Time:       9:30 A.M. <br> Courtroom: 2,   17th Floor <br> Judge:      Hon. Jeffrey S. White |

Plaintiffs CHRISTINA WINDSOR and SCOTTLAN WINDSOR, herewith request pursuant to Federal Rule of Evidence 201,  that the Court take  Judicial Notice of the following documents attached hereto as Exhibits A-1 and A-2).  Each document is a true and correct copy of the original document on file with the Marin County Superior Court in Case No. CV 012272, <u>Christina Windsor v.  Sausalito School District</u> .

   1. DECLARATION OF AMANDA METCALF IN SUPPORT OF MOTION TO

        AMEND COMPLAINT  (Rule 3.1324), dated January 25, 2007, (Exhibit A-1),

   2. [PROPOSED] SECOND AMENDED COMPLAINT, dated January 25, 2007, (Exhibit

        A-2).

1   This court is empowered to and shall, upon presentation of necessary information, take
2   Judicial Notice of appropriate matter pursuant to a request therefor.  A court may take judicial
3   notice of "matters" of public record without altering the nature or scope of the proceedings.
4   FRCP 201; <u>Lee v. City of Los Angeles</u> (9th Cir. 2001) 250 F.3d, 668.

**DECLARATION OF AMANDA METCALF
IN SUPPORT OF REQUEST FOR
JUDICIAL NOTICE**

I, Amanda Metcalf, declare that I am an attorney duly licensed and admitted to practice before this court.. Attached here to are true and correct copies of the following documents filed by me on or about January 25, 2007 in Marin County Superior Court, Case No. CV012272, CHRISTINA WINDSOR V. SAUSLITO SCHOOL DISTRICT.

1. NOTICE AND MOTION FOR LEAVE TO AMEND COMPLAINT (corrected), dated January 26, 2007 (Exhibit A-1),

2. DECLARATION OF AMANDA METCALF IN SUPPORT OF MOTION TO AMEND COMPLAINT  (Rule 3.1324), dated January 25, 2007, (Exhibit A-2),

3. [PROPOSED] SECOND AMENDED COMPLAINT, dated January 25, 2007, (Exhibit A-3).

4. MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, ORDER DISCLOSURE OF EVIDENCE AND ORDER FOR SANCTIONS, dated January 25, 2007, (Exhibit A-4).

Each of the above documents was filed with the above court in support of the Plaintiff's Motion for Leave to Amend Complaint and was served on counsel for defendants Dennis Walsh on or about January 25, 2007.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct..

Dated:  November 13, 2007

*Amanda Metcalf*
_____
Amanda Metcalf