1  Amanda Metcalf  SB 57177
   Law Offices of Amanda Metcalf
2  29 Marin Bay Park Court
   San Rafael, CA. 94901
3  Tel: 415-454-0945
4  Fax: 415-454-9145
   Attorneys for Plaintiff
5  CHRISTINA WINDSOR

6                    SUPERIOR COURT OF CALIFORNIA

7                           COUNTY OF MARIN

8

9  CHRISTINA WINDSOR,                    CASE NO.  CV012272

10           Plaintiff,                  NOTICE AND MOTION FOR LEAVE
11  v.                                   TO FILE AMENDED COMPLAINT,
                                         (Corrected)
12  SAUSALITO SCHOOL DISTRICT,
    ET AL,                               Date:  February 20, 2007
13           Defendants                  Time:  9:00 AM
    _____/    Dept:  E
14                                       Judge: Hon. James Ritchie

15  TO: DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD HEREIN:
16
17       Please take notice that on February 20, 2007, at 9:00 a.m. or as soon thereafter as the
18  matter may be heard in Department E of the above-entitled court, plaintiff will move this court
19  for its order granting her Motion for Leave to an Amended Complaint herein, by filing a Second
20  Amended Complaint. Said motions will be made pursuant to Code of Civil Procedure Section
21  473, 474, and Rule of Court 3.1324; and will be based on this Notice, the Memorandum of
22  Points and Authorities and Declaration filed herewith, the pleadings and papers on file herein
23  and such other matter as may be presented at the hearing.
24
    Dated: January 26, 2007           LAW OFFICES OF AMANDA METCALF
25

26                                    *Amanda Metcalf*
                                      _____
27                                         Amanda Metcalf
                                      Attorney for Plaintiff, Christina Windsor
28

EXHIBIT  A-1