Amanda Metcalf  SBN 57177
Nyanza Shaw, SBN 191423
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, CA. 94901
Tel: 415-454-0945
Fax: 415-454-9145

Attorneys for Plaintiff
CHRISTINA WINDSOR

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MARIN

| | |
|---|---|
| CHRISTINA WINDSOR,<br><br>  Plaintiff,<br>v.<br><br>MARIN CITY/SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, ROSE ROBERSON, SHIRLEY THORNTON, BRUCE HUFF, STEVE FRASER, RONNIE JONES, And DOES 7-20,<br><br>  Defendants.<br>_____/ | CASE NO.  CV012272<br><br>**DECLARATION IN SUPPORT OF MOTION TO FILE AMENDED COMPLAINT**<br>**(Rule 3.1324)** |

I, Amanda Metcalf, declare that I am an attorney duly licensed to practice before this court and represent the plaintiff in this action. Plaintiff proposes to amend the First Amended complaint on file herein by filing the attached proposed Second Amended Complaint which adds new defendant parties and alleges new facts and causes of action.  Pursuant to Rule 3.1324, I allege as follows:

**NEW PARTIES:**

Plaintiff's proposed Second Amended Complaint adds the following new party defendants and claims for relief:

Windsor v. Sausalito CV 012272
Declaration in Support of Motion to Amend

LAW OFFICES OF
**AMANDA METCALF**
SAN RAFAEL, CALIFORNIA

EXHIBIT  A-2

**A. Marin County Office of Education**

Eighth Cause of Action for Negligence
Thirteenth Cause of Action for Breach of Contract

1) The effect of the amendment(s) is to substitute the defendant for a defendant previously sued herein as Doe 1.

2) The amendment(s) is/are necessary in order to allow plaintiff to seek relief for this defendant's breach of a contract as to which plaintiff was an intended third party beneficiary.

3) The relevant facts were learned in the deposition of Rose Roberson on June 4, 2006.

4) The request for amendment was not made earlier because plaintiff was not aware of the existence of the contract.

**B. Rose Marie Roberson, Former Superintendent, Marin City/Sausalito School District**

Fourth Cause of Action for violation of 42 USC Sec. 1983
Fifth Cause of Action for Intentional Interference with Economic Relations
Sixth Cause of Action for Conspiracy to Interfere with Economic Relations
Seventh Cause of Action for Intentional Infliction of Emotional Distress
Ninth Cause of Action for Fraud and Deceit
Tenth Cause of Action for Conspiracy to Defraud

1) The effect of the amendment(s) is to substitute the defendant for the defendant previously sued herein as Doe 2 and to allege appropriate causes of action against this defendant.

2) The amendment(s) is/are necessary in order to allow plaintiff to assert claims for intentional torts committed by this defendant which caused injury to plaintiff. The amendment(s) is/are proper because the law favors liberal amendment of pleadings before trial in order that all related claims may be heard and resolved in one action. All new facts alleged were known to defendant prior to the filing of this action and all news causes of action alleged arise from the same transaction identified in the original complaint filed herein.

3) The new facts alleged in support of the additional causes of action asserted against this defendant were learned in discovery from the declarations and depositions of former District Trustee, Cathomas Starbird, former District Superintendent Rose Roberson, and Terri

2

Law Offices of
AMANDA METCALF
San Rafale, California

Windsor v. Sausalito CV 012272
Declaration in Support of Motion to Amend

EXHIBIT A-2

1  Fesperman, Credentials Specialist for the California Commission on Teacher Credentialing taken

2  or received during the period January 17, 2005- January 8, 2007.

3  4. Plaintiff's previous attempts to assert claims for relief against this defendant failed on account

4  of a) insufficient information to alleged adequate facts to support those claims b) separate action

5  dismissed because of another action pending, c) failure to attach Rule 3.1324 Declaration to prior

6  motion to Amend.

**C.  Shirley Thornton, Trustee, Marin City/Sausalito School District**

Fourth Cause of Action for violation of 42 USC Sec. 1983
Seventh Cause of Action for Intentional Infliction of Emotional Distress
Ninth Cause of Action for Fraud and Deceit
Tenth Cause of Action for Conspiracy to Defraud

12  1)  The effect of the amendment(s) is to substitute the defendant for the defendant previously

13  sued herein as Doe 3, and to allege appropriate causes of action against this defendant.

14  2)  The amendment(s) is/are necessary in order to allow plaintiff to assert claims for intentional

15  torts committed by this defendant which caused injury to plaintiff.  The amendment(s) is/are

16  proper because the law favors liberal amendment of pleadings before trial in order that all related

17  claims may be heard and resolved in one action. All new facts alleged were known to defendant

18  prior to the filing of this action and all news causes of action alleged arise from the same

19  transaction identified in the original complaint filed herein.

20  

21  3)  The new facts alleged in support of the additional causes of action asserted against this

22  defendant were learned in discovery from the declarations and depositions of former District

23  Trustee, Cathomas Starbird, former District Superintendent Rose Roberson, and Terri

24  Fesperman, Credentials Specialist for the California Commission on Teacher Credentialing taken

25  or received during the period January 17, 2005- January 8, 2007.

27   4. Plaintiff's previous attempts to assert claims for relief against this defendant failed on

28  account of a) insufficient information to alleged adequate facts to support those claims and, b)

3

Law Offices of
AMANDA METCALF
SAN RAFALE, CALIFORNIA

Windsor v. Sausalito CV 012272
Declaration in Support of Motion to Amend

EXHIBIT  A-2

1  failure to attach Rule 3.1324 Declaration to prior motion to Amend.

### D. Bruce Huff, Former Trustee, Marin City/Sausalito School District

Fourth Cause of Action for violation of 42 USC Sec. 1983
Seventh Cause of Action for Intentional Infliction of Emotional Distress
Ninth Cause of Action for Fraud and Deceit
Tenth Cause of Action for Conspiracy to Defraud

1) The effect of the amendment(s) is to substitute the defendant for the defendant previously sued herein as Doe 4, and to allege appropriate causes of action against this defendant.

2) The amendment(s) is/are necessary in order to allow plaintiff to assert claims for intentional torts committed by this defendant which caused injury to plaintiff. The amendment(s) is/are proper because the law favors liberal amendment of pleadings before trial in order that all related claims may be heard and resolved in one action. All new facts alleged were known to defendant prior to the filing of this action and all news causes of action alleged arise from the same transaction identified in the original complaint filed herein.

3) The new facts alleged in support of the intentional torts asserted against this defendant were learned in discovery from the declarations and depositions of Cathomas Starbird and Rose Roberson during the period January 2005-June 2006.

4. Plaintiff's previous attempts to assert claims for relief against this defendant failed on account of a) insufficient information to alleged adequate facts to support those claims and, b) failure to attach Rule 3.1324 Declaration to prior motion to Amend.

### E. Steve Fraser, Former Trustee, Marin City/Sausalito School District

Fourth Cause of Action for violation of 42 USC Sec. 1983
Seventh Cause of Action for Intentional Infliction of Emotional Distress
Ninth Cause of Action for Fraud and Deceit
Tenth Cause of Action for Conspiracy to Defraud

1) The effect of the amendment(s) is to substitute the defendant for the defendant previously sued herein as Doe 5, and to allege appropriate causes of action against this defendant.

2) The amendment(s) is/are necessary in order to allow plaintiff to assert claims for intentional

4

LAW OFFICES OF
AMANDA METCALF
SAN RAFALE, CALIFORNIA

Windsor v. Sausalito CV 012272
Declaration in Support of Motion to Amend

EXHIBIT A-2

torts committed by this defendant which caused injury to plaintiff.  The amendment(s) is/are proper because the law favors liberal amendment of pleadings before trial in order that all related claims may be heard and resolved in one action. All new facts alleged were known to defendant prior to the filing of this action and all news causes of action alleged arise from the same transaction identified in the original complaint filed herein.

3) The new facts alleged in support of the additional causes of action asserted against this defendant were learned in discovery from the declarations and depositions of former District Trustee, Cathomas Starbird, former District Superintendent Rose Roberson, and Terri Fesperman, Credentials Specialist for the California Commission on Teacher Credentialing taken or received during the period January 17, 2005- January 8, 2007.

4. Plaintiff's previous attempts to assert claims for relief against this defendant failed on account of a) insufficient information to alleged adequate facts to support those claims and, b) failure to attach Rule 3.1324 Declaration to prior motion to Amend.

**F.  Ronnie Jones, Former Trustee, Marin City/Sausalito School District**

Fourth Cause of Action for violation of 42 USC Sec. 1983
Seventh Cause of Action for Intentional Infliction of Emotional Distress
Ninth Cause of Action for Fraud and Deceit
Tenth Cause of Action for Conspiracy to Defraud

1) The effect of the amendment(s) is to substitute the defendant for the defendant previously sued herein as Doe 6, and to allege appropriate causes of action against this defendant.

2) The amendment(s) is/are necessary in order to allow plaintiff to assert claims for intentional torts committed by this defendant which caused injury to plaintiff.  The amendment(s) is/are proper because the law favors liberal amendment of pleadings before trial in order that all related claims may be heard and resolved in one action. All new facts alleged were known to defendant prior to the filing of this action and all news causes of action alleged arise from the same transaction identified in the original complaint filed herein.

5

3) The new facts alleged in support of the additional causes of action asserted against this defendant were learned in discovery from the declarations and depositions of former District Trustee, Cathomas Starbird, former District Superintendent Rose Roberson, and Terri Fesperman, Credentials Specialist for the California Commission on Teacher Credentialing taken or received during the period January 17, 2005- January 8, 2007.

4. Plaintiff's previous attempts to assert claims for relief against this defendant failed on account of a) insufficient information to alleged adequate facts to support those claims and, b) failure to attach Rule 3.1324 Declaration to prior motion to Amend.

**EXISTING PARTY**

Plaintiff's proposed Second Amended Complaint alleges the following additional Causes of Action against the existing defendant MarinCity/Sausalito School District:

Second Cause of Action for Breach of Public Policy based on Retaliation
Third Cause of Action for violation of Labor Code Section 11.02.5
Fourth Cause of Action for Civil Rights violations...42 USC Sec. 1983
Eighth Cause of Action for Negligence
Ninth Cause of Action for Fraud and Deceit
Tenth Cause of Action for Conspiracy to Defraud
Eleventh Cause of Action for Unfair Competition
Twelfth Cause of Action for Breach of Contract
Fourteenth Cause of Action for Negligent Hiring, Training and Supervision

1) The effect of the amendment is to state in one action all additional grounds on which plaintiff is entitled to damages or other relief.

2) The amendment(s) is/are necessary in order to allow plaintiff to assert claims for negligence, intentional torts, civil rights violations and violations of California statutes committed by this defendant which caused injury to plaintiff. The amendment(s) is/are proper because the law favors liberal amendment of pleadings before trial in order that all related claims may be heard and resolved in one action. All new facts alleged were known to defendant prior to the filing of this action and all news causes of action alleged arise from the same transaction identified in the original complaint filed herein.

6

Law Offices of
Amanda Metcalf
San Rafale, California

Windsor v. Sausalito CV 012272
Declaration in Support of Motion to Amend

EXHIBIT A-2

3) The new facts alleged in support of the additional causes of action asserted against this defendant were learned in discovery from the declarations and depositions of former District Trustee, Cathomas Starbird, former District Superintendent Rose Roberson, and Terri Fesperman, Credentials Specialist for the California Commission on Teacher Credentialing taken or received during the period January 17, 2005- January 8, 2007.

4. Plaintiff's previous attempts to assert claims for relief against this defendant failed on account of a) insufficient information to alleged adequate facts to support those claims and, b) failure to attach Rule 3.1324 Declaration to prior motion to Amend.

**DELETED MATTER:**

The proposed Second Amended Complaint deletes the recitation of the Declaration of Cathomas Starbird which was set forth in the First Amended Complaint from page

**NEW FACTUAL ALLEGATIONS**

The background information alleged in the Frist Amended Complaint is re-alleged without significant change in the Second Amended Complaint. Factual information is alleged in paragraphs 1-37 of the complaint. Those paragraphs which contain new factual allegations are indicated below:

Paragraphs 1-6:

Paragraphs 1-6 identify the parties and their capacities.

Paragraph 8:

Paragraph 8 recites background information regarding the investigations of the Marin County Grand Jury.

Paragraph 11:

Paragraph 11 alleges new facts regarding the qualifications and training of Rose Roberson learned in Roberson's deposition.

7

LAW OFFICES OF
AMANDA METCALF
SAN RAFALE, CALIFORNIA

Windsor v. Sausalito CV 012272
Declaration in Support of Motion to Amend

EXHIBIT A-2

Paragraph 12:

    Paragraph 12 alleges new facts regarding the history of plaintiff's relationship with Roberson, that were learned in Roberson's deposition.

Paragraph 13:

    Paragraph 13 alleges new facts regarding the credentialing process learned in the deposition of Terri Fesperman.

Paragraph 14:

    Paragraph 14 alleges new facts regarding defendant's knowledge about actions regarding the credentialing process and plaintiff's employment that were learned in the depositions of Roberson and Fesperman.

Paragraphs 17-20:

    Paragraphs 17-20 allege new facts regarding the District's directives to Roberson regarding securing credentials for plaintiff, and actions taken by the District and other defendants regarding the cover-up and conspiracy engaged in by defendants, learned in the deposition of Cathomas Starbird.

Paragraphs 26-30:

    Paragraphs 26-30 allege new facts regarding plaintiff's discovery of relevant information during discovery.

Paragraph 38:

    Paragraph 38 recites the violations of law which resulted from the misconduct alleged on the part of defendants in light of the new matter alleged in the Second Amended Complaint.

Paragraphs 39-81:

    Paragraphs 39-81 state the causes of action alleged in the Second Amended Complaint.

LAW OFFICES OF AMANDA METCALF
SAN RAFALE, CALIFORNIA

Windsor v. Sausalito CV 012272
Declaration in Support of Motion to Amend

EXHIBIT A-2

1  The Second thru Fourteenth Causes of Action and the Claim for Punitive Damages are not
2  included in the First Amended Complaint.
3      I declare under penalty of perjury, under the laws of the State of California, that the
4  foregoing is true and correct.
5  Dated:  January 25, 2007              *Amanda Metcalf*
                                                                Amanda Metcalf

LAW OFFICES OF
AMANDA METCALF
SAN RAFALE, CALIFORNIA

Windsor v. Sausalito CV 012272
Declaration in Support of Motion to Amend

9

EXHIBIT  A-2