AMANDA METCALF, SBN 57177
LAW OFFICES OF AMANDA METCALF
29 Marin Bay Park Court
San Rafael, CA. 94901
Telephone: 415-454-0945
Facsimile:  415-454-9145
Attorneys for Plaintiffs
CHRISTINA WINDSOR, and
SCOTTLAN WINDSOR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, <br><br>        Plaintiffs, <br><br> v. <br><br> Request for Judicial Notice and MARIN COUNTY OFFICE OF EDUCATION, ET AL., <br><br>        Defendants | CASE NO.  CV 07 02897 (JSW) <br><br> [PROPOSED] ORDER RE: <br> MOTION TO DISMISS COMPLAINT <br><br> Date:       February 18, 2008 <br> Time:       9:30 A.M. <br> Courtroom:  2,  17th Floor <br> Judge:      Hon. Jeffrey S. White |

Having received and considered the moving papers in support of the Motion to Dismiss filed by defendants, Marin County Office of Education, Mary Jane Burke, Marin County Board of Education, Mary Otto, Sausalito/Marin City School District, Sausalito/Marin City School District Board of Trustees, Shirley Thornton, Stephen Fraser, Bruce Huff, Ronnie Jones and Rose Roberson, and having received and considered the Opposition and supporting documents filed by plaintiffs Christina Windsor and Scottlan Windsor, and good cause appearing therefor, it is hereby ordered that:

1.  Defendants' Motion to Dismiss the First, Second, Third, Fourth, Fifth, and Sixth Causes of action of the Complaint is denied.

2.  Defendants' Motion to Dismiss the Seventh Cause of Action of the Complaint is granted.

Dated:_____

                                                                 Judge, United States District Court.

2