# **PROOF OF SERVICE**

I am a resident of Marin County, State of California. I am over the age of

Eighteen years and not a party to the within action. My business address is: 29 Marin

Bay Park Court, San Rafael, CA. 94901.

On the date hereof, following ordinary business practice, I caused to be served the Following described document(s):

OPPOSITION TO MOTION TO DISMISS AND DECLARATION OF A. METCALF IN SUPPORT OF REQUEST FOR JUDCIAL NOTICE

With Proof of Service attached, on the interested parties to this action by placing a true Copy thereof enclosed in a sealed envelope addressed as follows:

Dennis J. Walsh
A. Bouayad
Walsh and Associates
16633 Ventura Blvd., Suite 1210
Encino, CA. 914306


( )    (By First Class Mail) I caused such envelope(s) with postage thereon fully prepaid
       to be placed in the United States Mail at San Rafael, California.

(x )   (By email) I caused to be transmitted by email a true copy thereof
       to the confirmed email address of Dennis Walsh and Adam Bouayad

( )    (By Express Mail) I caused such envelope with fees paid by sender to be sent by
        Express Mail/Next Business Day Delivery, to the parties identified above.

( )    (By personal delivery on counsel for defendant Sausalito School District in San
       Rafael, California.


Dated: November 13, 2007              ___*Amanda Metcalf*_____
                                              Amanda Metcalf