Dennis J. Walsh, Esq., State Bar No. 106646
Adam N. Bouayad, Esq., State Bar No. 248087
WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number:   (818) 986-1776
Facsimile Number:   (818) 382-2071

Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, MARY OTTO, MARIN COUNTY BOARD OF EDUCATION, the SAUSALITO MARIN CITY SCHOOL DISTRICT, the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES and ROSE ROBERSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor<br><br>Plaintiff,<br><br>vs.<br><br>MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as) Superintendent of the Marin County Office of) Education, only; MARY OTTO, in her individual) capacity and in her official capacity as the) Credentials Specialist for the Marin County Office) of Education; MARIN COUNTY BOARD OF) EDUCATION; the SAUSALITO MARIN CITY) SCHOOL DISTRICT; the SAUSALITO MARIN) CITY SCHOOL DISTRICT BOARD OF) TRUSTEES, SHIRLEY THOMPSON,) STEPHAN FRASER, BRUCE HUFF, RONNIE) JONES, as individuals and in their official) capacity as Trustees; ROSE ROBERSON, in her) individual capacity and in her official capacity as) Superintendent of the Sausalito School District,) the CALIFORNIA COMMISSION ON) TEACHER CREDENTIALING,)<br><br>_____ Defendants.) | **CASE NO: C 07-2897 (JSW)**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(b)(6); DECLARATION OF ADAM N. BOUAYAD IN SUPPORT THEREOF**<br><br>**[Filed concurrently with Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint]**<br><br>**DATE:**         **February 18, 2008**<br>**TIME:**         **9:00 a.m.**<br>**COURTROOM:**    **2, Seventeenth Floor** |

TO THE HONORABLE JEFFREY S. WHITE AND TO ALL INTERESTED PARTIES AND TO

THEIR RESPECTIVE ATTORNEYS OF RECORD:

---

1

1    Defendants MARIN COUNTY OFFICE OF EDUCATION ("MCOE"), MARY JANE BURK,

2  MARY OTTO, MARIN COUNTY BOARD OF EDUCATION, SAUSALITO MARIN CITY SCHOOL

3  DISTRICT, SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY

4  THORNTON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES and ROSE  ROBERSON

5  (collectively "defendants") hereby request that the Court take Judicial Notice of the following documents:

6    1.    Plaintiff CHRISTINA WINDSOR'S First Amended Complaint for Damages in Superior

7        Court of California, County of Marin, Case No. CV071483, filed on October 12, 2007.

8

9    This motion is based upon this notice and *Federal Rules of Evidence* 201, the attached memorandum

10  of points and authorities, the Declaration of Adam N. Bouayad, Esq., and the papers and pleadings on file

11  in this action, together with any other oral and documentary evidence as may be presented at the hearing.

12

13  DATED:    November 20, 2007              Respectfully submitted,

14                             WALSH & ASSOCIATES, APC

15

16        By:        _____
                    DENNIS J. WALSH, ESQ.
17                    ADAM N. BOUAYAD, ESQ
                    Attorneys  for  Defendants,   SAUSALITO SCHOOL
18                    DISTRICT , MARIN COUNTY OFFICE OF EDUCATION,
                    MARY JANE BURK; MARY OTTO, MARIN COUNTY
19                    BOARD OF EDUCATION; the SAUSALITO MARIN CITY
                    SCHOOL DISTRICT; the SAUSALITO MARIN CITY
20                    SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY
                    THOMPSON, STEPHAN FRASER, BRUCE HUFF,
                    RONNIE JONES, ROSE ROBERSON
21

22

23

24

25

26

27

28
                                 2
    REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION
    MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(B)(6)-CASE NO: CV 07
                            02897 (JSW)

## MEMORANDUM OF POINTS AND AUTHORITIES

*Federal Rules of Evidence Rule* 201 states the following:

**"(a) Scope of rule.** This rule governs only judicial notice of adjudicative facts.

(b) **Kinds of facts.** *A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.*

(c) **When discretionary.** A court may take judicial notice, whether requested or not.

(d) **When mandatory.** *A court shall take judicial notice if requested by a party and supplied with the necessary information.*

(e) **Opportunity to be heard.** A party is entitled upon timely request to an opportunity to be heard as to the propriety of taking judicial notice and the tenor of the matter noticed. In the absence of prior notification, the request may be made after judicial notice has been taken.

(f) **Time of taking notice.** *Judicial notice may be taken at any stage of the proceeding.*

(g) **Instructing jury.** In a civil action or proceeding, the court shall instruct the jury to accept as conclusive any fact judicially noticed. In a criminal case, the court shall instruct the jury that it may, but is not required to, accept as conclusive any fact judicially noticed." (Emphasis added.)

Furthermore, "A court may take judicial notice of 'matters of public record' without converting a motion to dismiss into a motion for summary judgment." *Lee v. City of Los Angeles* (9th Cir. 2001) 250 F.3d 668, 689 (citing *MGIC Indem. Corp. v. Weisman,* (9th Cir.1986). 803 F.2d 500, 504.)

I.    **THE DOCUMENTS PROPOSED FOR JUDICIAL NOTICE ARE SUBJECT TO *FEDERAL RULES OF EVIDENCE* 201**

The following document is subject to judicial notice by this Court based on the statutory authority cited above:

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(B)(6)-CASE NO: CV 07 02897 (JSW)

1        1.     Plaintiff CHRISTINA WINDSOR'S First Amended Complaint for Damages in

2              Superior Court of California, County of Marin, Case No. CV071483, filed on

3              October 12, 2007.

4      Based on the foregoing, defendants request that this Court take judicial notice of the above-

5 referenced document in support of their Motion to Dismiss Complaint

6

7 Dated:   November 20, 2007             WALSH & ASSOCIATES, APC

8

9                       By:                                      

10                                    DENNIS J. WALSH, ESQ.

ADAM N. BOUAYAD, ESQ
Attorney for Defendants, SAUSALITO SCHOOL
DISTRICT , MARIN COUNTY OFFICE OF
EDUCATION, MARY JANE BURK; MARY OTTO,
MARIN COUNTY BOARD OF EDUCATION; the
SAUSALITO MARIN CITY SCHOOL DISTRICT;
the SAUSALITO MARIN CITY SCHOOL
DISTRICT BOARD OF TRUSTEES, SHIRLEY
THOMPSON, STEPHAN FRASER, BRUCE HUFF,
RONNIE JONES, ROSE ROBERSON

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION
MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(B)(6)-CASE NO: CV 07
02897 (JSW)

**DECLARATION OF ADAM N. BOUAYAD IN SUPPORT OF DEFENDANTS' REQUEST FOR**

**JUDICIAL NOTICE MOTION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**COMPLAINT PURSUANT TO 12B6**

I, Adam N. Bouayad, do hereby declare:

1.    I am over the age of eighteen (18) and a resident of the State of California.  I make this declaration in support of defendants;

2.    I am an attorney at law, and principal at Walsh & Associates,  APC, and am licensed to practice before this Court, and am counsel and attorney or record for defendants  SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON;.

3.    As a handling attorney on this case and upon review of the records in the file, I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to the same;

4.    Attached as **Exhibit "M"** to this declaration is a true and correct copy of Plaintiff CHRISTINA WINDSOR'S First Amended Complaint for Damages in Superior Court of California, County of Marin, Case No. CV071483, filed on October 12, 2007.


I declare, under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 20th day of November, 2007, at Encino, California.

_____
Declarant, Adam N. Bouayad

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION
MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(B)(6)-CASE NO: CV 07
02897 (JSW)

# EXHIBIT M

1  Amanda Metcalf  SBN 57177
2  Nyanza Shaw, SBN 191423
   Law Offices of Amanda Metcalf
3  29 Marin Bay Park Court
   San Rafael, CA. 94901
4  Tel: 415-454-0945
   Fax: 415-454-9145
5
6  Attorneys for Plaintiff
   CHRISTINA WINDSOR
7

**FILED**

**OCT 1 2 2007**

KIM TURNER, Court Executive Officer
MARIN COUNTY SUPERIOR COURT
*By: J. Dale, Deputy*

8              SUPERIOR COURT OF CALIFORNIA

9                   COUNTY OF MARIN

10

11  CHRISTINA WINDSOR,                    CASE NO.  CV 071483

12        Plaintiff,                      **FIRST AMENDED COMPLAINT**
                                          **FOR DAMAGES**
13  v.

14  MARIN COUNTY OFFICE OF
15  EDUCATION, MARY OTTO,
    DOES 1-10
16        Defendants.
                                    /
17

18  Plaintiff, Christina Windsor, alleges as follows:

19                        **PARTIES**

20
21       1.      Plaintiff, Christina Windsor (Plaintiff), is and at all relevant times mentioned

    herein was, a resident of the State of California, County of Marin, and during the period 1999-
22
    2000 was employed as the Principal the Marin City/Sausalito Schools.
23
         2.      Defendant Marin County Office of Education (MCOE) is a local education
24
    agency operating and located in Marin County California.
25
         3.      Defendant Mary Otto is an individual employed as a Credentials Specialist with
26
    defendant MCOE.
27

28

Windsor v. Marin County Office of Education,
First Amended Complaint

LAW OFFICES OF
**AMANDA METCALF**

1    4.    Plaintiff is unaware of the true names and identities of defendants sued herein as

2  Does 1-10, and will amend this complaint to allege that information when said names and

3  identities are ascertained.

### STATUTORY COMPLIANCE

5.    Having made multiple futile attempts (starting at or about the time of the termination of her employment with the Sausalito School District) to take the deposition of the District's Superintendent, Rose Roberson, in the related case pending before this court (*Windsor v. Sausalito School District,* CV 012272), plaintiff was finally able to commence Roberson's deposition on or about March 24, 2006. On or about June 2, 2006, in taking continued deposition testimony from Dr. Roberson, plaintiff learned of the existence of a contract between the school district and MCOE for the processing of credential applications and matters related thereto. After filing a tort claim with the County of Marin, plaintiff learned that MCOE is not an agency of the County of Marin and thereafter, on or about October 12, 2006, plaintiff filed a tort claim with MCOE, which was rejected by letter dated October 26, 2006. (Exhibit "A") Plaintiff's claim was filed in a timely manner following her discovery of the contract and MCOE's obligation to secure credentials for her (which could not reasonably have been discovered earlier due to the fact that plaintiff was only allowed to commence discovery against the Sausalito School District in the spring of 2006. Following her discovery of the existence of the contract/agreement between the District and MCOE, plaintiff thereafter became aware of the separate non-contractual duty owed to her by MCOE as hereinafter alleged.

6.    At all times mentioned herein, each defendant was the agent in fact of each and every other defendant and engaged in particular conduct complained of herein on behalf of herself/himself/itself and on behalf of each and every other defendant and third party, MARIN CITY / SAUSALITO SCHOOL DISTRICT (hereinafter "District"). Plaintiff is further informed and believes and thereon alleges that each of the defendants named herein consented to, ratified

2

1  and authorized the acts of the remaining defendants alleged herein, including the acts of the

2  third-party, District.

3  ## ALLEGATIONS OF FACT

4  7.    As part of its mission to better serve its large population of underachieving

5  students enrolled in the Marin City / Sausalito schools, in 1999 the governing board of the

6

7  District commenced a nationwide search for a new principal who was qualified to tackle the

8  District's unique problems. As a part of that search, the District's governing board recruited

9  Plaintiff from Iowa.

10  8.    Plaintiff was regarded as one of the most successful school principals in Iowa and

11  was acknowledged as responsible for significantly raising the achievement levels of

12
    economically disadvantaged students. For these reasons plaintiff was enthusiastically recruited
13
    by members of the Sausalito School District Board of Trustees.  Plaintiff was hired by the
14
15  District on July 6, 1999 to serve as principal of its two schools. Plaintiff quickly won the

16  cooperation, respect and support of the vast majority of teachers, parents and students in the

17  District and began to design and implement changes that had a major, positive impact on the

18  quality of education in the District.

19  9.    The California Education Code authorizes the California Commission on Teacher

20
    Credentialing, upon receipt of an "Employment Statement ForThe One-Year Nonrenewable
21
    Credential" (Form CL-672) signed by the Superintendent of a school district, to issue temporary
22
23  California credential that allow the district to employ out-of-state teachers/administrators while

24  the employee prepares for, takes and passes the California credentials exam (California Basic

25  Skills Test...CBST).  Only the employing school district, not the employee, may apply for this

26  temporary credential which is valid for one year from the date of issuance.

27
    10.    Plaintiff performed her job as principal of the Marin City/Sausalito Schools
28

3

1    exceedingly well, operating under the assumption that she was covered by rules of reciprocity by

2    which most states allow teachers/administrators already credentialed in one state, to be employed

3    in another state. Four months into her one-year employment contract the District's Board of

4    Trustees extended plaintiff's contract for an additional two years

5        11.    In July, 2000 the District claimed that it discovered for the first time that plaintiff

6    had been issued no California credentials, whereupon the District claims it directed plaintiff to

7    visit the MCOE to "take care of" the credential matter. Mary Otto, the credentials specialist for

8    defendant MCOE expressed surprise that plaintiff had not been issued a temporary credential and

9    gave plaintiff a Form CL-672 with instructions to have Superintendent Roberson sign and submit

10   the form; and advised plaintiff that once she had done so, the problem would be resolved. The

11   "problem" was not resolved and plaintiff was dismissed from her position as principal and later

12   discharged from her employment.

13   

14   

15                          **FIRST CAUSE OF ACTION**

16                         (Breach of Contract...against MCOE)

17       12.    Plaintiff re-alleges each preceding paragraph of the complaint.

18       13.    Plaintiff is informed and believes and thereon alleges that at the time of her hire

19   by the Sausalito School District in July, 1999 there existed an agreement/contract between the

20   District and the MCOE pursuant to which the District delegated to MCOE and MCOE assumed

21   responsibility for 1) securing temporary credentials for employees such as plaintiff who had

22   moved to California from another state and 2) advising, counseling and assisting such new

23   District employees regarding all matters related to the credentialing process. Plaintiff is

24   informed and believes and thereon alleges that said contract/agreement originated as an oral

25   agreement, that the oral agreement was thereafter memorialized in writing, and that defendant

26   has in its possession written memoranda which relate to and confirm the details of said

27   

28   

4

1  agreement.

2       14.    Pursuant to said contract/agreement MCOE assigned Mary Otto, its Credential

3  Specialist the responsibility of performing the obligations assumed by MCOE pursuant to its

4  contract/agreement with the District.  Plaintiff is further informed and believes, and thereon

5  alleges, that MCOE was informed by the District of plaintiff's hire and of the necessity of

6  securing temporary credentials for plaintiff.  The District directed plaintiff to see Mary Otto

7  regarding her credential status and requirements.

8

9       15.    As a new District hire, plaintiff was a third-party beneficiary of the

10 agreement/contract between the District and MCOE and was entitled to receive the benefit of

11 having MCOE obtain temporary California credentials for her.  Shortly after she was hired by the

12 District, the District directed plaintiff to go to the MCOE and speak with Mary Otto regarding

13 her credentials.  As she had been directed, plaintiff went to MCOE and spoke with Otto;

14 however, neither Ms. Otto nor anyone else at MCOE processed the paperwork required for

15 issuance of temporary credentials to plaintiff or otherwise performed the obligations MCOE

16 assumed under its contract with the District, to secure credentials for plaintiff.

17

18      16.    Plaintiff met all requirements for issuance of the temporary credentials required

19 for her employment with the District. Through and by its contract with the District, MCOE owed

20 a duty to plaintiff to secure the temporary credentials plaintiff needed.  MCOE and the District

21 each owed a duty to plaintiff to secure temporary credentials for her but each failed to do so at

22 any time during the course of plaintiff's employment. MCOE failed to perform its obligation to

23 plaintiff under its contract with the District and the District failed to require MCOE to perform

24 the contractual duty it owed to plaintiff as a person for whose benefit the above-referenced

25 contract was created. As a direct and proximate result of MCOE's failure to perform its

26 contractual duty to secure temporary credentials for plaintiff, plaintiff lost her position as

27

28

5

1    principal and her employment and suffered financial losses as well as other reasonably

2    foreseeable injuries, all to her damage in an amount to be proved at trial.

3

4                          **SECOND CAUSE OF ACTION**

5                          (Negligence ...against  MCOE)

6        17.    Plaintiff re-alleges each preceding paragraph of this complaint.

7        18.    In addition to the duty owed to plaintiff by the District to secure temporary

8    credentials for her, the MCOE owed a duty to plaintiff, separate from and independent of its

9
     contractual relationship with the District.  The MCOE website states:
10

11       The Marin County Office of Education Personnel Department employs a credentials analyst who

12       is responsible for registration, application and renewal of the credentials for all public school

13       teachers in Marin County. Maintenance and distribution of the Marin County substitute list is also

14       provided by this office, as is monitoring of teacher credentials to assure they match teacher

15       assignments.

16       19.    Having assumed the responsibility for ensuring that employees who required a

17   credential in order to be lawfully employed by public schools, upon plaintiff's hire by the

18   District, MCOE owed a duty to plaintiff to ensure that all reasonable and necessary action was

19   taken to secure temporary credentials required for her employment. MCOE breached its duty to

20   plaintiff by failing to secure temporary credentials required for plaintiff to be lawfully employed

21   and paid as the Principal of a public school in Marin County.  As a direct and proximate result of

22   MCOE's breach of the duty it owed to plaintiff, plaintiff was injured and suffered damages in an

23   amount to be proved at trial.
24

25                          **THIRD CAUSE OF ACTION**

26                          (Intentional Misrepresentation...against Mary Otto)

27       20.    Plaintiff re-alleges each preceding paragraph of this complaint.

28

                                          6

21.    At all relevant times herein defendant Mary Otto was aware of the contract between the District and her employer MCOE and was otherwise aware of her obligation as MCOE's Credential Specialist, to secure temporary California credentials for plaintiff. Prior to the District's termination of plaintiff's employment Otto represented to the District that she had provided plaintiff with information regarding the process for securing the credentials she required and had done all things necessary to cause plaintiff to receive the credentials. Specifically Otto represented that she had provided written materials to plaintiff regarding the credentialing process and had advised plaintiff regarding all aspects of the credentialing process.

22.    Each of the representations made by Otto were false, were known by her to be false when they were made, and were made for the purpose of having plaintiff's employer conclude that she (Otto) had fulfilled her obligations to plaintiff and to the District respecting the credentialing process. In fact, Otto had provided no written materials to plaintiff and had not provided to plaintiff any of the information she claimed to have provided.

23.    Plaintiff's employer (the District) relied upon the false representations made by Otto and as a result demoted plaintiff from her position as Principal and thereafter terminated her employment. Plaintiff was unaware of MCOE's and Otto's obligations to her respecting the credentialing process until she discovered the existence of the contract/agreement between the District and MCOE and thereafter learned of the non-contractual duties owed to her by MCOE as alleged hereinabove.

24.    As a direct and proximate result of the acts of Mary Otto alleged herein above, plaintiff suffered damages in an amount to be proved at trial.

### PUNITIVE DAMAGES

25.    The false representations made by Mary Otto alleged hereinabove were made for the purpose of safeguarding her own employment and with the knowledge that said false

7

representations would jeopardize plaintiff's employment. In making said false representations
Otto acted with the intent to cause injury to plaintiff and/or with reckless disregard for plaintiff's
rights, safety and welfare. Said conduct was oppressive and malicious and warrants the
imposition of punitive damages against Otto.

WHERFORE, plaintiff prays judgment against defendants and each of them as follows:

    1.    For general and special damages according to proof,

    2.    For punitive damages against defendant Mary Otto,

    2.    For costs of suit, and,

    3.    For such other and further relief as the court deems appropriate.

Dated:  October 11, 2007                 LAW OFFICES OF AMANDA METCALF

                                 Amanda Metcalf
                            Attorneys for Plaintiff, Christina Windsor

8

Windsor v. Marin County Office of Education,
First Amended Complaint

## PROOF OF SERVICE

I am a resident of Marin County, State of California. I am over the age of

Eighteen years and not a party to the within action. My business address is: 29 Marin

Bay Park Court, San Rafael, CA. 94901.

On the date hereof, following ordinary business practice, I served the
Following described document(s):

FIRST AMENDED COMPLAINT ...Windsor v. MCOE, et al

With Proof of Service attached, on the interested parties to this action by placing a true
Copy thereof enclosed in a sealed envelope addressed as follows:

Dennis J. Walsh
Adam Bouayad
Walsh and Associates
16633 Ventura Blvd., Suite 1210
Encino, CA. 91436

(x)    (By First Class Mail) I caused such envelope(s) with postage thereon fully prepaid
       to be placed in the United States Mail at San Rafael, California.

( )    (By email) I caused to be transmitted by email a true copy thereof
       to the confirmed email address of Dennis Walsh

( )    (By Express Mail) I caused such envelope with fees paid by sender to be sent by
       Express Mail/Next Business Day Delivery, to the parties identified above.

( )    (By personal delivery on counsel for defendant Sausalito School District in San
       Rafael, California.

Dated: October 12, 2007

_____
Amanda Metcalf

Preserve Our Planet...Use Recycled Paper

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA    )
                       )§
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **November 20, 2007**, I served the document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(b)(6); DECLARATION OF ADAM M. BOUAYAD IN SUPPORT THEREOF** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number:  (415) 454-0145
Counsel for Plaintiffs, Christina Windsor
and Scottlan Windsor

      (BY UNITED STATES POSTAL SERVICE). I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**xxx**    (NEXT BUSINESS DAY). I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

      (ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

**xxx**    (FEDERAL). I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on November 20, 2007, at Encino, California.

_Cheryl C. Crowley_
Cheryl C. Crowley

---

4

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(B)(6)-CASE NO: CV 07 02897 (JSW)

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                          )§

COUNTY OF LOS ANGELES    )

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years of age, and am not a party to the within action.  My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

       On **November 20, 2007**, I served the document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(b)(6); DECLARATION OF ADAM M. BOUAYAD IN SUPPORT THEREOF** on the interested parties in this action, as follows:

Edmund G. Brown, Jr., Esq.
Susan M. Carson, Esq.
George Prince, Esq.
Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone Number:  (415) 703-5749
Facsimile Number:  (415) 703-5480
Counsel for Defendant, California Commission
on Teacher Credentialing

       (BY UNITED STATES POSTAL SERVICE).  I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the United States Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**xxx**    (NEXT BUSINESS DAY).  I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

       (ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx    (FEDERAL).   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

       Executed on November 20, 2007, at Encino, California.

Cheryl C. Crowley

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 12(B)(6)-CASE NO: CV 07 02897 (JSW)