Dennis J. Walsh, Esq., State Bar No. 106646
Adam N. Bouayad, Esq., State Bar No. 248087
WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number: (818) 986-1776
Facsimile Number: (818) 382-2071

Attorneys for Defendants, Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON SAULSALITO SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING,<br><br>　　　　　Defendants. | CASE NO: CV 07-2897 (EMC)<br><br>STIPULATION RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE HEARING DATE<br><br>DATE:　　December 14, 2007<br>TIME:　　1:30 p.m.<br>PLACE:　Courtroom 2 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Good cause exists for rescheduling the Case Management Conference scheduled for December 14,

---
1
STIPULATION RE CONTINUANCE OF CMC HEARING DATE
CASE NO: CV 07-2897 (JSW)

2007, at 1:30 p.m., in Courtroom 2, Seventeenth Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, on the following grounds;

WHEREAS, this Court has scheduled the parties' Case Management Conference on a date which conflicts with an office holiday event planned months in advance by counsel for defendants, SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON, and SAULSALITO SCHOOL DISTRICT;

WHEREAS, defendants SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, MARY OTTO, MARIN COUNTY BOARD OF EDUCATION, the SAUSALITO MARIN CITY SCHOOL DISTRICT, SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON, and SAULSALITO SCHOOL DISTRICT have a motion to dismiss plaintiffs' complaint pursuant to Rule 12(b)6 scheduled for hearing on February 18, 2008, which could result in a complete dismissal of plaintiffs' claims against them;

NOW THEREFORE, the parties, through their attorneys of record, hereby stipulate, subject to the approval of this, Court that:

The Case Management Conference calendared for December 14, 2007, at 1:30 p.m., in Courtroom 2, Seventeenth Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, be rescheduled to a date after February 18, 2008, which is convenient with this Court.

DATED: November 29, 2007                      WALSH & ASSOCIATES, APC.

                                              By: _____
                                              Dennis J. Walsh, Esq.
                                              Adam N. Bouayad, Esq.
                                              Attorney's for Defendants,
                                              SAUSALITO SCHOOL DISTRICT, MARIN
                                              COUNTY OFFICE OF EDUCATION, MARY JANE
                                              BURKE; MARY OTTO, MARIN COUNTY BOARD
                                              OF EDUCATION; the SAUSALITO MARIN CITY
                                              SCHOOL DISTRICT; SAUSALITO MARIN CITY

SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON, and SAULSALITO SCHOOL DISTRICT

DATED: November 28, 2007

LAW OFFICES OF AMANDA METCALF

By: *Amanda Metcalf*
Amanda Metcalf, Esq.
Attorney for Plaintiffs, CHRISTINA WINDSOR, and SCOTTLAN WINDSOR

DATED: November ____, 2007

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: _____
Edmund G. Brown Jr., Esq.
Susan M. Carson, Esq.
George Prince, Esq..
Attorneys for Defendant, CALIFORNIA COMMISSION ON TEACHER CREDENTIALING

```
                              SCHOOL DISTRICT BOARD OF TRUSTEES,
                              SHIRLEY THOMPSON, STEPHAN FRASER,
                              BRUCE HUFF, RONNIE JONES, ROSE
                              ROBERSON, and SAULSALITO SCHOOL
                              DISTRICT


DATED: November ___, 2007     LAW OFFICES OF AMANDA METCALF

                         By: _____
                              Amanda Metcalf, Esq.
                              Attorney for Plaintiffs, CHRISTINA WINDSOR, and
                              SCOTTLAN WINDSOR



DATED: November 26, 2007      ATTORNEY GENERAL OF THE STATE OF
                              CALIFORNIA

                         By: _____
                              Edmund G. Brown Jr., Esq.
                              Susan M. Carson, Esq.
                              George Prince, Esq..
                              Attorneys for Defendant, CALIFORNIA
                              COMMISSION ON TEACHER CREDENTIALING
```

## CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT   )
                               )§
NORTHERN DISTRICT              )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **November 30, 2007**, I served the described **STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE HEARING DATE** on the interested parties in this action, as follows:

| | |
|---|---|
| Amanda Metcalf, Esq.<br>Nyanza Shaw, Esq.<br>Law Offices of Amanda Metcalf<br>29 Marin Bay Park Court<br>San Rafael, California 94901<br>Telephone Number: (415) 454-0945<br>Facsimile Number:   (415) 454-0145<br>Counsel for Plaintiffs, Christina Windsor<br>and Scottlan Windsor | Edmund G. Brown, Jr.<br>Susan M. Carson, Esq.<br>George Prince, Esq.<br>Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, California 94102-7004<br>Telephone Number: (415) 703-5749<br>Facsimile Number:   (415) 703-5480<br>Counsel for California Commission on<br>Teacher Credentialing |

xxx   (BY UNITED STATES POSTAL SERVICE).   I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

xxx   (FEDERAL).   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on November 30, 2007, at Encino, California.

*/s/ Cheryl C. Crowley*
Cheryl C. Crowley

---

4
STIPULATION RE CONTINUANCE OF CMC HEARING DATE
CASE NO: CV 07-2897 (JSW)