UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING,<br><br>　　　　　　　Defendants | CASE NO: C 07-2897 (JSW)<br><br>[PROPOSED] ORDER RE STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE HEARING DATE<br><br>DATE:　　December 14, 2007<br>TIME:　　1:30 p.m.<br>PLACE:　　Courtroom 2, Seventeenth Floor |

Pursuant to Stipulation,

IT IS SO ORDERED, _____.

1

[PROPOSED] ORDER RE STIPULATION RE CONTINUANCE OF CASE MANAGEMENT
CONFERENCE HEARING DATE CASE NO: C 07 2897 (JSW)

1  **IT IS FURTHER ORDERED AS FOLLOWS:** _____
2  _____
3  _____.
4
5  DATED: _____, 2007  _____
6                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE STIPULATION RE CONTINUANCE OF CASE MANAGEMENT
CONFERENCE HEARING DATE CASE NO: C 07 2897 (JSW)

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                     )§
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **November 30, 2007**, I served the described **PROPOSED] ORDER RE STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE HEARING DATE** on the interested parties in this action, as follows:

| | |
|---|---|
| Amanda Metcalf, Esq.<br>Nyanza Shaw, Esq.<br>Law Offices of Amanda Metcalf<br>29 Marin Bay Park Court<br>San Rafael, California 94901<br>Telephone Number: (415) 454-0945<br>Facsimile Number:  (415) 454-0145<br>Counsel for Plaintiffs, Christina Windsor<br>and Scottlan Windsor | Edmund G. Brown, Jr.<br>Susan M. Carson, Esq.<br>George Prince, Esq.<br>Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, California 94102-7004<br>Telephone Number: (415) 703-5749<br>Facsimile Number:  (415) 703-5480<br>Counsel for California Commission on<br>Teacher Credentialing |

xxx  (BY UNITED STATES POSTAL SERVICE).    I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

xxx  (FEDERAL).  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on November 30, 2007, at Encino, California.

_____
Cheryl C. Crowley