1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CHRISTINA WINDSOR, SCOTTLAN) WINDSOR, through and by his mother and) | CASE NO: C 07-2897 (JSW) |

CHRISTINA WINDSOR, SCOTTLAN)
WINDSOR, through and by his mother and)
Natural Guardian, Christina Windsor,

                Plaintiffs,

         vs.

MARIN COUNTY OFFICE OF EDUCATION,)
MARY JANE BURKE, in her official capacity as)
Superintendent of the Marin County Office of)
Education, only; MARY OTTO, in her individual)
capacity and in her official capacity as the)
Credentials Specialist for the Marin County Office)
of Education; MARIN COUNTY BOARD OF)
EDUCATION; the SAUSALITO MARIN CITY)
SCHOOL DISTRICT; the SAUSALITO MARIN)
CITY SCHOOL DISTRICT BOARD OF)
TRUSTEES, SHIRLEY THOMPSON,)
STEPHAN FRASER, BRUCE HUFF, RONNIE)
JONES, as individuals and in their official)
capacity as Trustees; ROSE ROBERSON, in her)
individual capacity and in her official capacity as)
Superintendent of the Sausalito School District,)
the CALIFORNIA COMMISSION ON)
TEACHER CREDENTIALING,)

             Defendants

[PROPOSED] ORDER RE STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE HEARING DATE

DATE:        December 14, 2007
TIME:        1:30 p.m.
PLACE:     Courtroom 2, Seventeenth Floor

      Pursuant to Stipulation,

      IT IS SO ORDERED, _____ the Case Management Conference is hereby continued to February 15, 2008 at 9:00 a.m. _____.

1

**IT IS FURTHER ORDERED AS FOLLOWS**: _____

Counsel should note the motion to dismiss shall be heard on Friday, February 15, 2008 at 9:00 a.m. (correction to docket no. 34). The Case Management Conference shall follow immediately afterward.

A joint case management statement is due no later than February 8, 2008.

DATED: ___December 3_____, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE STIPULATION RE CONTINUANCE OF CASE MANAGEMENT
CONFERENCE HEARING DATE CASE NO: C 07 2897 (JSW)