1  AMANDA METCALF, SBN 57177
2  LAW OFFICES OF AMANDA METCALF
   29 Marin Bay Park Court
3  San Rafael, CA. 94901
4  Telephone: 415-454-0945
   Facsimile:  415-454-9145
5  Attorneys for Plaintiffs
6  CHRISTINA WINDSOR, and
   SCOTTLAN WINDSOR
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, <br> SCOTTLAN WINDSOR, <br><br> Plaintiffs, <br><br> v. <br><br> Request for Judicial Notice and <br> MARIN COUNTY OFFICE OF <br> EDUCATION, ET AL., <br><br> _____Defendants <br> _____/ | **CASE NO.  CV 07 02897 (JSW)** <br><br> STATEMENT OF NON-OPPOSITION <br> OPPOSITION TO MOTION FOR <br> FOR JUDGMENT ON THE <br> PLEADINGS <br><br> [Memorandum of Points and <br> Authorities in Support, Declaration of <br> A. Metcalf Re: Request for Judicial <br> Notice and [Proposed] Order] <br><br> Date:    February 15, 2008 <br> Time:    9:30 A.M. <br> Courtroom:  A, Fifteenth Floor <br> Judge:   Hon. Jeffrey S. White |

Prior to the filing of its Motion for Judgment on the Pleadings, plaintiffs offered to dismiss their complaint against defendant CALIFORNIA COMMISSION ON TEACHER CREDENTIALING. Plaintiffs, therefore, do not oppose this defendant's motion.

Dated:  February 1, 2008              LAW OFFICES OF AMANDA METCALF

                                      *Amanda Metcalf*
                                      _____
                                      Attorneys for Plaintiffs

LAW OFFICES OF
AMANDA METCALF
SAN RAFAEL, CALIFORNIA

Windsor v. Burke, et al, Case No.CV0702897
Statement of Non-Opposition to Motion for Judgment
On the Pleadings

# **PROOF OF SERVICE**

I am a resident of Marin County, State of California. I am over the age of Eighteen years and not a party to the within action. My business address is: 29 Marin Bay Park Court, San Rafael, CA. 94901.

On the date hereof, following ordinary business practice, I caused to be served the Following described document(s):

STATEMENT OF NON-OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS

With Proof of Service attached, on the interested parties to this action by placing a true Copy thereof enclosed in a sealed envelope addressed as follows:

**George Dey Prince**
California Dept. of Justice
Attorney Generals Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5749
Fax: (415) 703-5480
Email: george.prince@doj.ca.gov

**Dennis J. Walsh**
Walsh & Associates
16633 Ventura Boulevard
Suite 1210
Encino, CA 91436-0087
818-986-1776
Email: dwalsh@walshlawyers.com

(x)    (By First Class Mail) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Rafael, California.

(x)    (By email) I caused to be transmitted by email a true copy thereof to the confirmed email address of Dennis Walsh and Adam Bouayad

( )    (By Express Mail) I caused such envelope with fees paid by sender to be sent by Express Mail/Next Business Day Delivery, to the parties identified above.

Dated: February 1, 2008            ___*Amanda Metcalf*___
                                                    Amanda Metcalf