IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA WINDSOR and
SCOTTLAN WINDSOR,

    Plaintiffs,

v.

THE MARIN COUNTY OFFICE OF
EDUCATION, et al.,

    Defendants.

No. C 07-02897 JSW

**JUDGMENT**

    For the reasons set forth in the Court's Order of this date granting Defendants' motion to dismiss and the Commission's motion for judgment on the pleadings, judgment is hereby entered in favor of Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: February 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE