Dennis J. Walsh, Esq., State Bar No. 106646
Adam N. Bouayad, Esq., State Bar No. 248087
WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number: (818) 986-1776
Facsimile Number:  (818) 382-2071

Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON SAULSALITO SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor,<br><br>               Plaintiff,<br><br>vs.<br><br>MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING,<br><br>               Defendants | CASE NO: C07 02897 (JSW)<br><br>**DECLARATION OF MICHAEL H. WELLEN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>**DATE:** April 18, 2008<br>**TIME:** 9:00 a.m.<br>**COURTROOM:** 2, Seventeenth Floor<br><br>[Filed concurrently with Notice of Motion and Motion for Attorneys' Fees; Request for Judicial Notice; and [Proposed] Order] |

TO THE HONORABLE JEFFREY S. WHITE:

---
1
DECLARATION OF MICHAEL H. WELLEN IN SUPPORT OF MOTION FOR ATTORNEYS' FEES
CASE NO: CV 07 02897 (JSW)

# DECLARATION OF MICHAEL H. WELLEN IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES

I, Michael H. Wellen, do hereby declare:

1. I am over the age of eighteen (18) and a resident of the State of California. I make this declaration in support of defendants Motion for Attorneys' Fees.

2. I am an attorney at law, and associate at Walsh & Associates, APC, attorneys of record for defendants SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON.

3. As one of the associates who has worked on this motion, I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to the same.

4. I attempted to "meet and confer" with plaintiff's counsel to informally resolve this matter pursuant to U.S. District Court - Northern District Civil Local Rule 54-6. On February 19, 2008, I sent plaintiff's counsel, Amanda Metcalf, Esq., an email and letter informing her that defendants intended on filing a Motion for Attorneys' Fees and Bill of Costs. I advised Ms. Metcalf that defendants' would be seeking $10,695.00 in attorneys' fees and $55.50 in costs. In these communications, I asked Ms. Metcalf if she would like to resolve the issue informally and that the deadline to do so would be 5 p.m. on Thursday February 21, 2008.

5. On Thursday, February 21, 2008 at 12:36 p.m., I sent Ms. Metcalf an email. Within this correspondence, I informed Ms. Metcalf that defendants would be going ahead and filing the Motion for Attorneys' Fees and Bill of Costs as defendants were not interested in her offer. I also informed Ms. Metcalf that defendants would be seeking $14,985.00[1] in attorney fees. This number was higher than the amount I previously stated to Ms. Metcalf. I informed plaintiff's counsel that this was solely due to secretarial error, resulting from changed billing designations. I again informed Ms. Metcalf that the deadline to informally

---

[1] This amount was incorrectly calculated. The correct amount is $15,450.00. Since Ms. Metcalf would not agree to the lesser amount, she surely would not have agreed to pay $15,450.00.

resolve the issue was 5 p.m. Thursday February 21, 2008.

6.　　In all, Ms. Metcalf and I communicated by email on 26 occasions on the following dates, February 19, 2008, February 21, 2008, and February 22, 2008, to meet and confer on this matter. As the parties have not been able to informally resolve this matter through a "meet and confer," defendants now bring their Motion for Attorneys' Fees.

I declare, under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of February, 2008, at Encino, California.

_____
Declarant, MICHAEL H. WELLEN

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                      )§
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **February 22, 2008**, I served the document described as **DECLARATION OF MICHAEL H. WELLEN IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number: (415) 454-0145
Counsel for Plaintiffs, Christina Windsor
and Scottlan Windsor

    (BY UNITED STATES POSTAL SERVICE).    I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

xxx    (NEXT BUSINESS DAY). I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

    (ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx    (FEDERAL).    I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on February 22, 2008, at Encino, California.

*/s/ Adreana Rutter*
Adreana Rutter