Dennis J. Walsh, Esq., State Bar No. 106646
Adam N. Bouayad, Esq., State Bar No. 248087
WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number: (818) 986-1776
Facsimile Number:  (818) 382-2071

Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON SAULSALITO SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor,<br><br>Plaintiff,<br><br>vs.<br><br>MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING,<br><br>Defendants | CASE NO: C07 02897 (JSW)<br><br>DECLARATION OF ADAM N. BOUAYAD IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES<br><br>DATE:         April 18, 2008<br>TIME:         9:00 a.m.<br>COURTROOM:   2, Seventeenth Floor<br><br>[Filed concurrently with Notice of Motion and Motion for Attorneys' Fees; Request for Judicial Notice; and [Proposed] Order] |

TO THE HONORABLE JEFFREY S. WHITE:

---
1
DECLARATION OF ADAM N. BOUAYAD IN SUPPORT OF MOTION FOR ATTORNEYS' FEES
CASE NO: CV 07 02897 (JSW)

# DECLARATION OF ADAM N. BOUAYAD IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES

I, Adam N. Bouayad, do hereby declare:

1. I am over the age of eighteen (18) and a resident of the State of California. I make this declaration in support of defendants Motion for Attorneys' Fees.

2. I am an attorney at law, and associate at Walsh & Associates, APC, and am licensed to practice before this Court, and am counsel and attorney or record for defendants SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON.

3. As one of the handling attorneys on this case and upon review of the records in the file, I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to the same.

4. On February 21, 2008, I attempted to "meet and confer" with plaintiff's counsel, Amanda Metcalf, Esq., on this matter. This phone call was done pursuant to U.S. District Court - Northern District Civil Local Rule 1-5 and Civil Local Rule 54-6. During this phone call, I attempted to resolve this matter of attorneys' fees with plaintiff's counsel informally. Plaintiff's counsel responded that all communications in this matter be done via written communications and then proceeded to hang up on me.

I declare, under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 21st day of February, 2008, at Encino, California.

_____
Declarant, ADAM N. BOUAYAD