AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT
Northern   District of   California

Christina Windsor & Scottlan Windsor

V.

The Marin County Office of Education, et al.

**BILL OF COSTS**

Case Number: C 07-02897 JSW

Judgment having been entered in the above entitled action on ___2/8/2008___ against ___Plaintiffs___,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ |
| Fees for service of summons and subpoena ........................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ................................ | |
| Fees for witnesses (itemize on page two) ........................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 55.50 |
| Docket fees under 28 U.S.C. 1923 .................................. | |
| Costs as shown on Mandate of Court of Appeals ..................... | |
| Compensation of court-appointed experts ........................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ...................................... | |
| TOTAL $ | 55.50 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒    Electronic service by e-mail as set forth below and/or.  Amanda Metcalf, Esq. - Metcalflawfirm@aol.com

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_

Name of Attorney:   Dennis J. Walsh and Adam N. Bouayad

For:  Defendants                                                              Date:  2/21/2008
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court                    Deputy Clerk                              Date

**CHRISTINA WINDSOR & SCOTTLAN WINDSOR v. THE MARIN COUNTY OFFICE OF EDUCATION, ET AL.**

**C 07-02897 JSW**

**ATTACHMENT TO BILL OF COSTS**

| Fees for printing, copying | | Document Pages | Exhibits |
|---|---|---|---|
| 1. | NOTICE OF MOTION AND MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT; DECLARATIONS OF SUSAN SPAIN AND KATHLEEN BLAZEI and DENNIS J. WALSH; [PROPOSED] ORDER | 8 | |
| 2. | DECLARATION OF KATHLEEN BLAZEI IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT | 7 | |
| 3. | DECLARATION OF SUSAN SPAIN IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT | 9 | |
| 4. | DECLARATION OF DENNIS J. WALSH IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT | 3 | |
| 5. | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MOTION TO QUASH SERVICE OF | 15 | |
| 6. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16] | 3 | |
| 7. | [PROPOSED] ORDER RE: DEFENDANTS' MOTION AND MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT | 3 | |

| | | | |
|---|---|---|---|
| 8. | RE-NOTICE OF MOTION AND MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT; [PROPOSED] ORDER | 3 | |
| 9. | STIPULATION RE: SERVICE OF SUMMONS AND COMPLAINT AND TIME FOR FILING RESPONSIVE PLEADING | 2 | |
| 10. | NOTICE OF WITHDRAWAL OF MOTION TO QUASH SERVICE OF SUMMONS & COMPLAINT | 3 | |
| 11. | NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT OF CHRISTINA AND SCOTTLAN WINDSOR PURSUANT TO RULE 12(b)(6); DECLARATION OF DENNIS J. WALSH IN SUPPORT THEREOF; AND [PROPOSED] ORDER | 8 | |
| 12. | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO 12(b)(6); DECLARATION OF DENNIS J. WALSH IN SUPPORT THEREOF | 129 | 119 |
| 13. | DECLARATION OF DENNIS J. WALSH IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT OF CHRISTINA AND SCOTTLAN WINDSOR PURSUANT TO RULE 12(b)(6) | 120 | 123 |
| | Total for fees for printing and copying
Multiplied by copy costs of 0.10 per page | 555
x  .10
**$55.50** | |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                     )§
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

      On **February 22, 2008**, I served the document described as **BILL OF COSTS** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number: (415) 454-0145
Counsel for Plaintiffs, Christina Windsor
and Scottlan Windsor

      (BY UNITED STATES POSTAL SERVICE).   I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

xxx    (NEXT BUSINESS DAY). I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

      (ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx    (FEDERAL). I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on February 22, 2008 at Encino, California.

_/s/ Adreana Rutter_
Adreana Rutter