Dennis J. Walsh, Esq., State Bar No. 106646
Adam N. Bouayad, Esq., State Bar No. 248087
WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number: (818) 986-1776
Facsimile Number:  (818) 382-2071

Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON SAULSALITO SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor,<br><br>Plaintiff,<br><br>vs.<br><br>MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING,<br><br>Defendants | CASE NO: C07 02897 (JSW)<br><br>DEFENDANT'S NOTICE OF APPLICATION AND APPLICATION TO THE CLERK TO TAX COSTS<br><br>FRCP Rule 54<br><br>DATE:        April 18, 2008<br>TIME:        9:00 a.m.<br>COURTROOM:   2, Seventeenth Floor |

TO THE HONORABLE JEFFREY S. WHITE:

PLEASE TAKE NOTICE that on April 18, 2008 at 9:00 a.m., located at 450 Golden Gate Avenue, Courtroom 2, Seventeenth Floor, San Francisco, California 94102, Defendants MARIN COUNTY OFFICE

---

1
DEFENDANT'S NOTICE OF APPLICATION AND APPLICATION TO CLERK TO TAX COSTS
CASE NO: CV 07 02897 (JSW)

OF EDUCATION ("MCOE"), MARY JANE BURKE, MARY OTTO, MARIN COUNTY BOARD OF EDUCATION, SAUSALITO MARIN CITY SCHOOL DISTRICT, SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THORNTON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES and ROSE ROBERSON (collectively "defendants") will and hereby does move this honorable Court for an application to tax costs in this case as provided for under FRCP Rule 54.

This application is based upon this notice, the verified Bill of Costs (Form CV-59) and supporting documentation filed concurrently with this application, the pleadings and papers on file in this action, and upon such other oral and/or documentary evidence as may be presented at the hearing.

DATED: February 22, 2008

Respectfully submitted.

WALSH & ASSOCIATES, APC

By: */s/ Dennis J. Walsh*
DENNIS J. WALSH, ESQ.
ADAM N. BOUAYAD, ESQ.
Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       )§
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action. My business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

On **February 22, 2008** I served the document described **DEFENDANT'S NOTICE OF APPLICATION AND APPLICATION TO THE CLERK TO TAX COSTS** on the interested parties in this action, as follows:

Amanda Metcalf, Esq.
Nyanza Shaw, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, California 94901
Telephone Number: (415) 454-0945
Facsimile Number: (415) 454-0145
Counsel for Plaintiffs, Christina Windsor
and Scottlan Windsor

(BY UNITED STATES POSTAL SERVICE). I deposited a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

xxx    (NEXT BUSINESS DAY). I deposited a sealed envelope containing a true and correct copy of the above-entitled document, in a regularly maintained receptacle of the overnight courier, for delivery on the next business day.

(ELECTRONIC TRANSMISSION). I served a true and correct copy of the above-entitled document upon the interested party, via electronic transmission.

xxx    (FEDERAL). I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on February 22, 2008, at Encino, California.

*/s/ Adreana Rutter*
Adreana Rutter