Dennis J. Walsh, Esq., State Bar No. 106646
Adam N. Bouayad, Esq., State Bar No. 248087
WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 1210
Encino, California 91436
Telephone Number: (818) 986-1776
Facsimile Number: (818) 382-2071

Attorneys for Defendants, SAUSALITO SCHOOL DISTRICT , MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON SAULSALITO SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR, SCOTTLAN WINDSOR, through and by his mother and Natural Guardian, Christina Windsor,<br><br>Plaintiff,<br><br>vs.<br><br>MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE, in her official capacity as Superintendent of the Marin County Office of Education, only; MARY OTTO, in her individual capacity and in her official capacity as the Credentials Specialist for the Marin County Office of Education; MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, as individuals and in their official capacity as Trustees; ROSE ROBERSON, in her individual capacity and in her official capacity as Superintendent of the Sausalito School District, the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING,<br><br>Defendants | **CASE NO: C07 02897 (JSW)**<br><br>**SUPPLEMENTAL DECLARATION OF DENNIS J. WALSH IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>**DATE:**     **April 18, 2008**<br>**TIME:**     9:00 a.m.<br>**COURTROOM:**   2, Seventeenth Floor<br><br>**[Filed concurrently with Notice of Motion and Motion for Attorneys' Fees; Request for Judicial Notice; and [Proposed] Order]** |

TO THE HONORABLE JEFFREY S. WHITE:

# SUPPLEMENTAL DECLARATION OF DENNIS J. WALSH IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES

I, Dennis J. Walsh, do hereby declare:

1.     I am over the age of eighteen (18) and a resident of the State of California. I make this declaration in support of defendants Motion for Attorneys' Fees.

2.     I am an attorney at law, and principal at Walsh & Associates, APC, and am licensed to practice before this Court, and am counsel and attorney or record for defendants SAUSALITO SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, MARY JANE BURKE; MARY OTTO, MARIN COUNTY BOARD OF EDUCATION; the SAUSALITO MARIN CITY SCHOOL DISTRICT; the SAUSALITO MARIN CITY SCHOOL DISTRICT BOARD OF TRUSTEES, SHIRLEY THOMPSON, STEPHAN FRASER, BRUCE HUFF, RONNIE JONES, ROSE ROBERSON.

3.     As a handling attorney on this case and upon review of the records in the file, I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently to the same.

4.     In paragraph 21 of my Declaration in Support of Defendants' Motion for Attorney Fees, I stated that a redacted version of the actual bills for the services in this action would be attached. Due to a clerical error, the redacted version of the bills was not filed. Accordingly, defendants now submit the redacted version of the bills incurred in this action.

5.     Attached as **Exhibit "M"** to this supplemental declaration, are true and correct copies of the redacted versions of the actual bills for the attorney services rendered in this action, dated September 7, 2007, October 4, 2007, November 7, 2007, December 6, 2007, as referenced in paragraph 20 of my Declaration in Support of Defendants' Motion for Attorneys' Fees.

I declare, under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 25th day of February, 2008, at Encino, California.

_Dennis J. Walsh_
_____
Declarant, DENNIS J. WALSH

SUPPLEMENTAL DECLARATION OF DENNIS J. WALSH IN SUPPORT OF MOTION FOR ATTORNEYS' FEES
CASE NO: CV 07 02897 (JSW)

EXHIBIT "M"

### *Walsh & Associates, APC*

16633 Ventura Blvd.
Suite 1210
Encino, CA 91436
**Federal ID No: 95-4891097**

Phone No.:    (818) 986-1776

Fax:   (818) 382-2071

September 7, 2007



Invoice No.:

**RE:**    ***Windsor IV, Christina vs. Marin County Office of Education***

File No.:        **0650-0869**
Date of Loss:
Claim Number:

For Professional Services Rendered Through  Sep 07, 2007

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|---|-------------|-------|--------|
| Aug-24-07 | | Review complaint; telephone call telephone call | 2.00 | 300.00 |
| | | **Total Current Fees:** | 2.00 | $300.00 |
| | | **Total Fees & Disbursements for this Bill** | | **$300.00** |
| | | Total Payments and Credits | | $0.00 |
| | | **Total Amount Now Due** | | **$300.00** |

### *Walsh & Associates, APC*

16633 Ventura Blvd.
Suite 1210
Encino, CA 91436
**Federal ID No: 95-4891097**

Phone No.:   (818) 986-1776                                   Fax:   (818) 382-2071

October 4, 2007

▮▮▮▮▮▮▮▮

Invoice No.:     ▮▮▮▮▮

**RE:**      *Windsor IV, Christina vs. Marin County Office of Education*

**File No.:**        **0650-0869**
**Date of Loss:**
**Claim Number:**

For Professional Services Rendered Through  Sep 30, 2007

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|---|-------------|-------|--------|
| Sep-05-07 | ▮▮▮ | Telephone call to ▮▮▮▮▮▮ | 0.30 | 45.00 |
| Sep-10-07 | ▮▮▮ | Legal research re: motion to dismiss for improper service. | 0.20 | 30.00 |
| | ▮▮▮ | Preparation of motion to quash service of summons | 3.30 | 495.00 |
| | ▮▮▮ | Telephone call to ▮▮▮▮▮▮ | 0.40 | 60.00 |

Invoice #:                6353

| | | | | |
|---|---|---|---|---|
| | ▆▆▆ | Telephone call ▆▆▆▆▆▆▆▆▆▆▆▆ | 0.40 | 60.00 |
| Sep-11-07 | ▆▆▆ | Further preparation of motion to quash service of summons | 4.00 | 600.00 |
| | ▆▆▆ | Preparation of order re: motion to quash service of summons | 0.50 | 75.00 |
| | ▆▆▆ | Preparation of declaration of Susan Spain re: motion to quash | 1.20 | 180.00 |
| | ▆▆▆ | Preparation of declaration of Kathleen Blazei re: motion to quash | 1.20 | 180.00 |
| | ▆▆▆ | Preparation of declaration of Dennis Walsh re: motion to quash | 0.70 | 105.00 |
| | ▆▆▆ | Preparation of statement of interested parties | 0.50 | 75.00 |
| | ▆▆▆ | Telephone calls ▆▆▆▆▆▆▆ ▆▆▆▆▆ and preparation of declarations for motion to quash service of summons | 3.50 | 525.00 |
| Sep-12-07 | ▆▆▆ | Preparation of letter to plaintiff's attorney re: offer to receive service of process in exchange for 30 days to file responsive pleading | 0.30 | 45.00 |

Invoice #:　　　6353

| | | | | |
|---|---|---|---|---|
| Sep-25-07 | ███ | E-mail to plaintiff's attorney re: acceptance of service of process on behalf of defendants and preparation of stipulation | 0.20 | 30.00 |
| Sep-27-07 | ███ | E-mail plaintiff's attorney regarding laying out the contents to include in our stipulation re: extending time for the parties to answer to plaintiff's complaint | 0.40 | 60.00 |
| | ███ | Telephone call to Amanda Metcalf re: serving defendants in exchange for taking motion to quash off calendar | 0.30 | 45.00 |

**Total Current Fees:**　　　　　　　　　　17.40　　$2,610.00

### *Walsh & Associates, APC*

16633 Ventura Blvd.
Suite 1210
Encino, CA 91436
**Federal ID No: 95-4891097**

Phone No.:    (818) 986-1776

Fax:   (818) 382-2071

November 7, 2007

Invoice No.:    ███

**RE:**    *Windsor IV, Christina vs. Marin County Office of Education*

**File No.:**    **0650-0869**
**Date of Loss:**
**Claim Number:**

For Professional Services Rendered Through  Oct 31, 2007

| DATE |  | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| Oct-01-07 | ███ | E-mail to plaintiff's attorney re stipulation of defendants to receive service of process by counsel in exchange for time to respond | 0.20 | 30.00 |
| Oct-02-07 | ███ | E-mail to plaintiff's attorney re: stipulation to file a responsive pleading in exchange for receiving service of process | 0.40 | 60.00 |
|  | ███ | Research frivolous causes of action by vexatious litigants | 1.10 | 165.00 |
|  | ███ | Receipt, review and analysis of stipulation re: service and response | 0.20 | 30.00 |

Invoice #:            6451

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| Oct-03-07 | ▬ | Research re: collateral attacks of state court rulings in federal court re: preparation to respond to plaintiff's complaint for damages | 2.10 | 315.00 |
| | ▬ | Research statute of limitations as a bar to bring suit for 1981 and 1983 claims preparation to respond to plaintiff's complaint for damages | 1.20 | 180.00 |
| | ▬ | Research concurrent jurisdiction as a bar to bring suite re: preparation to respond to plaintiff's complaint for damages | 1.20 | 180.00 |
| | ▬ | Review file re: preparation to respond to plaintiff's complaint for damages | 2.10 | 315.00 |
| Oct-09-07 | ▬ | Review file re: responsive pleading to plaintiff's complaint | 0.60 | 90.00 |
| Oct-10-07 | ▬ | Research case law re: motion to dismiss | 5.80 | 870.00 |
| Oct-11-07 | ▬ | Preparation of motion to dismiss | 4.90 | 735.00 |
| | ▬ | Research re: further analysis of statute of limitations for state claims | 1.70 | 255.00 |
| Oct-12-07 | ▬ | Further preparation of motion to dismiss | 5.50 | 825.00 |

Invoice #:          6451

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| Oct-15-07 | ■■■■ | Further preparation of motion to dismiss | 3.30 | 495.00 |
| Oct-17-07 | ■■■■ | Preparation of notice to the court re withdrawal of motion to quash | 0.30 | 45.00 |
| Oct-23-07 | ■■■■ | Further preparation of defendants motion to dismiss | 5.10 | 765.00 |
| | ■■■■ | | 0.40 | 60.00 |
| Oct-24-07 | ■■■■ | Further preparation of motion to dismiss | 6.30 | 945.00 |
| | ■■■■ | Preparation of Request for Judicial Notice re motion to dismiss | 1.50 | 225.00 |
| | ■■■■ | Preparation of declaration of Dennis J. Walsh in support of defendants' motion to dismiss | 0.90 | 135.00 |
| | ■■■■ | Review file re exhibits to attach to request for judicial notice in support of motion to dismiss | 1.50 | 225.00 |
| Oct-25-07 | ■■■■ | Further preparation of motion to dismiss | 4.60 | 690.00 |

Invoice #:            6451

| | | | | |
|---|---|---|---|---|
| Oct-26-07 | | Preparation of amended notice of motion to dismiss | 0.30 | 45.00 |
| | | Receipt, review and analysis of court's notice re: rules and procedures surrounding discovery disputes and filings | 0.30 | 45.00 |
| Oct-30-07 | | Review file re: initial disclosures | 0.40 | 60.00 |

**Total Current Fees:**            51.90     $7,785.00

### *Walsh & Associates, APC*

16633 Ventura Blvd.
Suite 1210
Encino, CA 91436
**Federal ID No:   95-4891097**

Phone No.:    (818) 986-1776

Fax:   (818) 382-2071

December 6, 2007

Invoice No.: ██████

**RE:**        *Windsor* ████████████████████████

████████████████████████████
████████████████████████████
███████████████████████████
         ████

For Professional Services Rendered Through   Nov 30, 2007



| DATE | ██████ | DESCRIPTION | HOURS | AMOUNT |
|------|--------|-------------|-------|--------|
| ████████████████████████████████████████████████ | | | | |
| Nov-08-07 | ██████ | Meeting ████████████████ | 9.00 | 1,350.00 |
| | ██████ | Preparation of ████ letter re: motion to dismiss complaint ████████ | 0.40 | 60.00 |
| ████████████████████████████████████████████████ | | | | |

Invoice #:        6535

| | | | |
|---|---|---|---|
| | Review file ████████████ | 0.50 | 75.00 |
| Nov-12-07 ████ | Preparation of stipulation re: continue case management conference hearing date ██████ | 1.30 | 195.00 |
| ████ | Telephone call to Attorney General, George Prince, (left message) re: stipulation to continue case management conference hearing date ██████ | 0.20 | 30.00 |
| Nov-13-07 ████ | Receipt, review and analysis of plaintiff's opposition to defendant's motion to dismiss ██████ | 0.50 | 75.00 |
| Nov-14-07 ████ | Receipt, review and analysis of plaintiff's opposition to defendants' motion to dismiss ██████ | 2.50 | 375.00 |

Invoice #:          6535



| | | | 1.30 | 195.00 |
|---|---|---|---|---|

Prepare for reply to motion to dismiss
plaintiff's complaint          1.30    195.00

Telephone call to claims administrator re:
status                          0.30    45.00

| Nov-16-07 | Research: what is a properly submitted governmental claim and requirement of naming individual's in the claim | 2.00 | 300.00 |
| Nov-17-07 | Further preparation of memorandum of points and authorities in support of defendants' reply to plaintiff's objection to motion to dismiss | 5.00 | 750.00 |
| Nov-18-07 | Further preparation of memorandum of points and authorities in support of defendants' reply to plaintiff's objection to motion to dismiss | 3.00 | 450.00 |
| Nov-19-07 | Further preparation of memorandum of points and authorities in support of defendants reply to plaintiff's objection to motion to dismiss | 4.00 | 600.00 |
| | Further preparation of memorandum of points and authorities in support of defendants reply to plaintiff's objection to motion to dismiss | 0.70 | 105.00 |

Invoice #:         6535

| Nov-20-07 | �C▮▮▮ | Further preparation of reply to plaintiff's opposition to defendants' motion to dismiss | 1.00 | 150.00 |

**Total Current Fees:**                                   31.70    $4,755.00

PROOF OF SERVICE

STATE OF CALIFORNIA               )
                                  )
COUNTY OF LOS ANGELES             )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years of age, and am not a party to the within action; my business address is 16633 Ventura Boulevard, Suite 1210, Encino, California 91436.

     On the date herein below specified, I served the foregoing document, described as set forth below on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, at Encino, California, addressed as follows:

DATE OF SERVICE          :        February 25, 2008

DOCUMENT SERVED          :        SUPPLEMENTAL DECLARATION OF DENNIS J. WALSH IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

COUNSEL SERVED           :        <u>Attorneys for Plaintiff</u>:
                                  Amanda Metcalf, Esq.
                                  Nyanza Shaw, Esq.
                                  Law Offices of Amanda Metcalf
                                  29 Marin Bay Park Court
                                  San Rafael, California 94901
                                  Telephone Number:  (415) 454-0945
                                  Facsimile Number:  (415) 454-0145
                                  Counsel for Plaintiffs, Christina Windsor
                                  and Scottlan Windsor

     (BY REGULAR MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

XX    (BY FEDERAL EXPRESS) I caused such envelope(s) to be delivered by air courier, with next day service.

*   *   *

     (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XXX   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

     EXECUTED at Encino, California on February 25, 2008.

*Adreana Rutter*
Adreana Rutter