**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR and SCOTTLAN WINDSOR,<br><br>Plaintiffs,<br><br>v.<br><br>MARIN COUNTY OFFICE OF EDUCATION, ET AL.,<br><br>Defendants.<br>_____/ | No. C 07-2897 JSW<br><br>**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, the motion for attorneys' fees filed by Defendants is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date of April 18, 2008 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 27, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom