UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WINDSOR AND SCOTTLAN WINDSOR,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARIN COUNTY OFFICE OF EDUCATION, et al.<br><br>        Defendants.<br>_____/ | No. C 07-2897 JSW (WDB)<br><br>CLERK'S NOTICE OF REFERENCE, TIME AND PLACE OF HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Wayne D. Brazil for a report and recommendation on Defendants' Motion for Attorneys' Fees. This Motion will be heard on **Wednesday, April 2, 2008, at 1:30 p.m.**, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. Please refer to the Standing Order of Magistrate Judge Wayne D. Brazil, a copy of which can be found at www.cand.uscourts.gov, for further information and requirements.

Dated: February 29, 2008                    Richard W. Wieking, Clerk
                                                              United States District Court

                                                              *Sarah Weinstein*

                                                              By: Sarah Weinstein
                                                              Law Clerk/Deputy Clerk

cc: parties, WDB, JSW, Stats

1