| | |
|---|---|
| CIVIL LITIGATION<br>ENTERTAINMENT LAW<br>EDUCATION LAW | TELEPHONE: (415) 454-0945<br>FACSIMILE: (415) 454-9145 |

LAW OFFICES OF

# AMANDA METCALF

29 MARIN BAY PARK COURT
SAN RAFAEL, CALIFORNIA 94901

March 4, 2008

Dennis Walsh
Adam Bouayad
Law Offices of Dennis Walsh
16633 Ventura Blvd., Suite 1210
Encino, CA. 91436

Re: <u>Settlement Offer Accepted</u>

   <u>Windsor v. Sausalito School District</u>
   Marin Sup. Ct. Case No. CV012272

   <u>Windsor v. Marin County Office of Education</u>
   Marin Sup. Ct. Case No. CV 071483

   <u>Windsor v. Burke, Marin County Office of Education , et al</u>
   USDC Case No. 3:07-cv-02897-JSW

Dear Mr. Walsh and Mr. Bouayad:

On February 27, 2008 you extended the following offer via email directed to me.

> I have been authorized by my client to make the following offer. In exchange for: (1) dropping the Windsor v. MCOE case, (2) not filing any subsequent motion or appeal in the Windsor v. Sausalito School District case, (3) agreeing not to pursue any more lawsuits against formerly named and unnamed parties to the Windsor lawsuits, and (4) plaintiff agrees that she has no right to further employment at the Sausalito Marin City School District, we will not follow up on our motion for attorney's fees and costs in the Windsor federal case and not file a cost bill in the Windsor v. Sausalito Unified case which at this point is in excess of $30,000.00 and increasing as we continue our calculations.  Essentially, this offer is an attempt by my clients to put this matter behind them and also an opportunity for your client to do the same.  I hope that you seriously

consider this offer as it provides an opportunity for both parties to "cut their losses" and move on with their lives. Thank you, in advance, for your consideration.

_____

Adam Bouayad *Walsh & Associates, APC*
*16633 Ventura Blvd Suite 1210, Encino, CA 91436*
*Voice: 818.986.1776Fax: 818.382.2071*
*Email: abouayad@walshlawyers.com*

On March 3, 2008, plaintiffs accepted your offer via the following email, the receipt of which you have acknowledged:

Your clients' offer is accepted.

A. Metcalf

Based on the above offer and acceptance, which you have also acknowledged, plaintiffs will 1) advise the Marin Superior Court that no appeal will be taken in Case No. CV012272; 2) File a Dismissal with prejudice in Superior Court Case No. CV-07 1483, and provide a copy of this letter to Judge White's clerk, in lieu of plaintiffs' response or opposition to defendants' pending Motion for Attorneys Fees and Costs in the federal action. I am awaiting receipt of the document you indicated you would prepare, memorializing the above agreement

Sincerely,

*Amanda Metcalf*
Amanda Metcalf
AM/cg