UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina Windsor, Scottlan Windsor, through and by his mother and Natural Guardian, Christina Windsor,<br><br>    Plaintiffs,<br><br>  v.<br><br>Marin County Office of Education, et al.,<br><br>    Defendants.<br>_____/ | No. C-07-2897 JSW (WDB)<br><br>**ORDER CONTINUING APRIL 2, 2008, HEARING** |

    Defendants' Motion for Attorneys' Fees ("Motion") is scheduled to be heard April 2, 2008. The Court has received Ms. Metcalf's March 4, 2008, letter stating that the parties have resolved defendants' fee request.

    Defendants have indicated to court staff that they will withdraw the Motion after the parties execute documentation of their settlement. After the parties execute documentation settling defendants' fee request, defendants must notify the Court <u>promptly</u> of their intent to withdraw their Motion for Attorneys' Fees. Upon receipt of such notice the Court will vacate the hearing on defendants' Motion.

    If the Court does not receive notice of an intent to withdraw the Motion, the Court will hear defendants' Motion on May 7, 2008, at 4:00 p.m.

1

1 |      Accordingly, the Court CONTINUES the hearing scheduled for April 2, 2008, **to Wednesday, May 7, 2008, at 4:00 p.m.**

     **By April 16, 2008,** plaintiffs must file their opposition, if any, to defendants' Motion.

     **By April 23, 2008,** defendants must file their reply, if any, to plaintiffs' April 16th opposition.

IT IS SO ORDERED.

Dated: March 14, 2008

                                                                  WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
parties,
JSW, wdb, stats